**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

07C 1926

| | |
|---|---|
| In re: | Case No. 02 B 02474 |
| | (Jointly Administered) |
| KMART CORPORATION, *et al.*, | |
| | Chapter 11 |
| Debtors. | Hon. Susan Pierson Sonderby |

## NOTICE OF APPEAL

Philip Morris Capital Corporation and HNB Investment Corp. hereby appeal, pursuant to 28

U.S.C. §158(a)(1), to the United States District Court for the Northern District of Illinois from the

following, all of which were entered by the United States Bankruptcy Court for the Northern District of

Illinois:

(1)   *Order Allowing Claim No. 50863 and Disallowing Claim Nos. 50110, 50111, 50112 and

50113* (Docket No. 30689) (the "Claims Order") (copy attached as Exhibit A);

(2)   *Findings of Fact and Conclusions of Law* (Docket No. 30688) referenced in the Claims

Order (copy attached as Exhibit B);

(3)   *Order* (Docket No. 30687), to the extent it denied Claimants Philip Morris Capital

Corporation and HNB Investment Corp.'s Motion *in Limine* to Exclude Evidence (copy attached as

Exhibit C);

(4)   *Order* (Docket No. 30685) denying Claimants Philip Morris Capital Corporation and

HNB Investment Corp.'s Motion for Judgment Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P.

52(c) (copy attached as Exhibit D); and

(5)   *Order* (Docket No. 29352) granting the Reorganized Debtors' Motion *In Limine* to

Exclude Evidence Relating to Kmart's Settlement with Verizon (copy attached as Exhibit E).

Each of items (1) through (4) above was entered on the docket of the captioned case on February

14, 2007; item (5) above is an interlocutory order entered in the same contested matter that was resolved

by the final Claims Order; that interlocutory order was entered on the docket of the captioned case on November 23, 2005.

The names of the parties to all of the items appealed from, and the names, addresses, and telephone numbers of their respective counsel, are as follows:

**Appellants:**                    Philip Morris Capital Corporation
                                         HNB Investment Corp.

**Counsel for Appellants:**     Thomas J. Magill
                                         Leonard S. Shifflett
                                         Christopher Combest
                                         QUARLES & BRADY LLP
                                         500 West Madison Street, Suite 3700
                                         Chicago, Illinois 60661
                                         Phone: (312) 715-5000

**Appellees:**                     Kmart Corporation and its debtor-affiliates

**Counsel for Appellees:**     Craig Goldblatt
                                           WILMER CUTLER PICKERING HALE AND DORR LLP
                                         1875 Pennsylvania Avenue, NW
                                         Washington, D.C. 20006
                                         Phone: (202) 663-6000

                                         William J. Barrett
                                         BARACK FERRAZZANO KIRSCHBAUM
                                           PERLMAN & NAGELBERG LLP
                                         333 West Wacker Drive, Suite 2700
                                         Chicago, IL 60606
                                         Phone: (312) 984-3100

DATED: February 26, 2007          PHILIP MORRIS CAPITAL CORPORATION and
                                            HNB INVESTMENT CORP.


                                         By:    /s/ Christopher Combest
                                                One of its Attorneys

Thomas J. Magill (IL ARDC No. 01731009)
Leonard S. Shifflett (IL ARDC No. 02587432)
Christopher Combest (IL ARDC No. 06224701)
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
Phone: (312) 715-5000

- 2 -

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

07 C 1926

In re:

KMART CORPORATION, *et al.*,

                   Debtors.

Case No. 02-B-02474
(Jointly Administered)

Chapter 11

Hon. Susan Pierson Sonderby

### NOTICE OF FILING

     PLEASE TAKE NOTICE that, on February 26, 2007, we filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, via the Court's CM/ECF system, the **Notice of Appeal,** with accompanying Exhibits A through E, of Philip Morris Capital Corporation and HNB Investment Corp.

DATED: February 26, 2007

                PHILIP MORRIS CAPITAL CORPORATION and
                HNB INVESTMENT CORP.


                By:_____/s/ Christopher Combest_____
                        One of its Attorneys

Thomas J. Magill (IL ARDC No. 01731009)
Leonard S. Shifflett (IL ARDC No. 02587432)
Christopher Combest (IL ARDC No. 06224701)
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:

KMART CORPORATION, *et al.*,

Debtors.

Case No. 02 B 02474
(Jointly Administered)

Chapter 11

Hon. Susan Pierson Sonderby

**<u>CERTIFICATE OF SERVICE</u>**

I, Christopher Combest, an attorney, hereby certify that I caused copies of the **Notice of Appeal** (with accompanying Exhibits A through E) of Philip Morris Capital Corporation and HNB Investment Corp. (Docket No. 30701) and the **Notice of Filing** thereof (Docket No. 30702), to be served (1) via the Court's CM/ECF system, on February 26, 2007, upon the parties identified as receiving electronic notice on the attached Notices of Electronic Filing and (2) via first-class U.S. mail, postage prepaid, on February 26, 2007, upon (a) William J. Barrett, Esq., Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP, 333 West Wacker Drive, Suite 2700, Chicago, IL 60606, and (b) Craig Goldblatt, Esq., Wilmer Cutler Pickering Hale & Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, D.C. 20006.

/s/ Christopher Combest
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

07C1926

| | | |
|---|---|---|
| In re: | ) | Case No. 02-02474 |
| | ) | (Jointly Administered) |
| KMART CORPORATION, et al., | ) | Chapter 11 |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Reorganized Debtors. | ) | |

## NOTICE OF CROSS-APPEAL

Pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001, Kmart Corporation and

certain of its affiliates, former debtors and debtors-in-possession in the above-captioned case,

hereby appeal this Court's Orders of February 13, 2007 (Dk. Nos. 30688 and 30689,

respectively), allowing Claim Number 50863 in the amount of $4,737,624. This cross-appeal is

in response to the Notice of Appeal filed by Philip Morris Capital Corporation and HNB

Investment Corporation on February 26, 2007 (Dk. No. 30701).

The names of all parties to the Order appealed from, and the names, addresses, and

telephone numbers of their respective attorneys, are as follows:

**Kmart Corp, et al.**
(Cross-Appellant)

William J. Barrett (6206424)
BARACK FERRAZZANO KIRSCHBAUM
  PERLMAN & NAGELBERG LLP
333 West Wacker Drive
Suite 2700
Chicago, IL 60606
(312) 629-5170

Craig Goldblatt
Michael Snyder
WILMER CUTLER PICKERING
  HALE & DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
(202) 663-6000

**Philip Morris Capital Corp.**
**and HNB Investment Corp.**
(Cross-Appellees)

Thomas J. Magill
Leonard S. Shifflett
Christopher Combest
QUARLES & BRADY LLP
500 West Madison Street
Suite 3700
Chicago, IL 60661
(312) 715-5000

# 30707

Dated: March 1, 2007

By: /s/ William J. Barrett
William J. Barrett (6206424)
BARACK FERRAZZANO KIRSCHBAUM
   PERLMAN & NAGELBERG LLP
333 West Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 629-5170
Facsimile: (312) 984-3150
William.Barrett@BFKPN.com

Craig Goldblatt
Michael Snyder
WILMER CUTLER PICKERING HALE &
   DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 663-6000

**Counsel for Kmart Corporation, et al.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

07 C 1926

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KMART CORPORATION, *et al.,* | ) | Case No. 02 B 02474 |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | Honorable Susan Pierson Sonderby |

**<u>NOTICE OF FILING</u>**

    PLEASE TAKE NOTICE that on Thursday, March 1, 2007, we filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, via the Court's CM/ECF system, the **Notice of Cross-Appeal** of Kmart Corporation, a copy of which is herewith served upon you.

Dated: March 1, 2007 at Chicago, Illinois.

                                 KMART CORPORATION

                      By:   <u>/s/ William J. Barrett</u>
                              One of its Attorneys

William J. Barrett (6206424)
BARACK FERRAZZANO KIRSCHBAUM
 PERLMAN & NAGELBERG LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone:    312-629-5170
Facsimile:     312-984-3150
William.Barrett@BFKPN.com

Craig Goldblatt
Michael Snyder
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: 202-663-6000

Attorneys for Kmart Corporation, et al.

# 30709

## CERTIFICATE OF SERVICE

I, William J. Barrett, of the law firm of Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP, certify that I have this 1st day of March, 2007, caused to be served on the parties on the Service List below, via email transmission and first class U.S. Mail delivery, postage prepaid, a copy of the foregoing **Notice of Filing** and **Notice of Cross-Appeal**. Further, the parties indicated below on the Electronic Mail Notice List were served with the **Notice of Filing** and **Notice of Cross-Appeal** through the Court's CM/ECF system on March 1, 2007.

/s/ William J. Barrett
William J. Barrett

## SERVICE LIST

Thomas J. Magill
Leonard S. Shifflett
Christopher Combest
Quarles & Brady LLP
500 West Madison St., Suite 3700
Chicago, IL 60661
tjm@quarles.com
lss@quarles.com
ccombest@quarles.com

## Mailing Information for Case 02-02474

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Mark E. Abraham    mabraham@gouldratner.com
- Andrew J Abrams    aabrams@sff-law.com, pjacobi@sff-law.com;awalters@sff-law.com;khewitt@sff-law.com;ccoleman@sff-law.com
- David S Adduce    dadduce@komdr.com
- Howard L. Adelman    hla@ag-ltd.com
- Beth A. Alcantar    beth@jnlegal.net
- Janice A Alwin    jalwin@shawgussis.com
- George P Apostolides    gpapostolides@arnstein.com
- Thomas V Askounis    taskounis@askborst.com

- Jonathan A. Backman    jbackman@backlawoffice.com
- David W Baddley    baddleyd@gtlaw.com, powelly@gtlaw.com
- Ronald Barliant    ronald.barliant@goldbergkohn.com
- William J. Barrett    william.barrett@bfkpn.com
- Laura Barrientos-DuVall    lbd@lakelaw.com
- Leslie Allen Bayles    lbayles@vedderprice.com, ecfdocket@vedderprice.com;dmangan@vedderprice.com
- David E Beker    dbeker@scgk.com, truckman@scgk.com,cclemons@scgk.com
- Richard M Bendix    rbendix@schwartzcooper.com, swhirl@schwartzcooper.com
- Joseph P. Berglund    berglundniew@aol.com
- Brad Berish    bberish@ag-ltd.com
- Peter L Berk    plberk@berklegal.com
- Mark A Berkoff    mark.berkoff@dlapiper.com, cheryl.dennis@dlapiper.com
- Stephen T. Bobo    sbobo@sachnoff.com
- Kenn Brotman    kbrotman@kelleydrye.com, sdunlap@kelleydrye.com
- Abraham Brustein    abrustein@dimonteandlizak.com
- Christopher M Cahill    ccahill@scgk.com
- Judy B Calton    jcalton@honigman.com
- Kurt M Carlson    kcarlson@tishlerandwald.com
- Timothy R Casey    timothy.casey@dbr.com
- Jamie S. Cassel    jsc@renozahm.com
- Alvin L Catella    catella1@sbcglobal.net
- Rosanne Ciambrone    rciambrone@duanemorris.com
- Patrick A Clisham    pclisham@shawgussis.com
- Joseph E Cohen    jcohenattorney@aol.com, jcohen@cohenandkrol.com;lkujaca@cohenandkrol.com
- Mindy D Cohn    mcohn@kayescholer.com, pstepan@winston.com;ECF_BANK@winston.com
- Michael R Collins    michael.collins@collinsandcollins.com
- Christopher Combest    ccombest@quarles.com, fbf@quarles.com
- Sara E. Cook    scook@mckenna-law.com, bankruptcy@mckenna-law.com;lpalma@mckenna-law.com
- Michael M. Cushing    mcushing@ambrosecushing.com
- Jeffrey C Dan    jdan@craneheyman.com, gbalderas@craneheyman.com;dwelch@craneheyman.com
- Michael J Davis    mdavis@springerbrown.com
- Michael K Desmond    mdesmond@fslegal.com
- John P Devona    JPDevona@aol.com
- Joseph B DiRago    jdirago@freebornpeters.com
- Dennis A Dressler    ddressler@askborst.com
- Thomas W Drexler    drexler321@aol.com, chicagolawyers@aol.com
- Kevin C. Driscoll    kevin.driscoll@btlaw.com
- Janice L. Duban    janice.duban@dlapiper.com
- Deborah Ebner    dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com
- Michael M. Eidelman    meidelman@vedderprice.com
- William J Factor    wfactor@seyfarth.com

- Alan S Farnell    alan@farnelllaw.com
- Adam S. Fayne    fayne@wildmanharrold.com
- Kenneth A Fedinets    kfedinets@gpgglaw.com
- Cynthia G. Feeley    feeleypc@aol.com
- Marc I Fenton    marc.fenton@dlapiper.com
- Richard H Fimoff    rfimoff@rsplaw.com, labrams@rsplaw.com
- J Mark Fisher    mfisher@schiffhardin.com,
  edocket@schiffhardin.com;sricciardi@schiffhardin.com
- Patricia J Fokuo    pfokuo@schiffhardin.com, edocket@schiffhardin.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com
- David J Frankel    dfrankel@sormanfrankel.com, bbehanna@sormanfrankel.com
- Wilson P. Funkhouser    wfunkhouser@fvldlaw.com
- Jeffrey L. Gansberg    gansberg@wildmanharrold.com
- Frances Gecker    fgecker@fgllp.com
- Eugene J Geekie    egeekie@schiffhardin.com
- Arlene N Gelman    agelman@sachnoff.com
- Matthew Gensburg    gensburgm@gtlaw.com,
  powelly@gtlaw.com;chiedocket@gtlaw.com;;carlsonk@gtlaw.com
- Mary Anne Gerstner    gerstlaw2@sbcglobal.net
- Michael L. Gesas    mgesas@gpgglaw.com,
  bsutton@gpgglaw.com;ddavis@gpgglaw.com
- Wendy J Gibson    wgibson@bakerlaw.com
- Douglas C. Giese    dcgiese@defrecs.com
- Ilana N Glazier    iglazier@jonesday.com
- Thomas W. Goedert    tgoedert@nealandleroy.com
- Richard N Golding    rgolding@wr-llp.com
- David A. Golin    dgolin@gpgglaw.com
- David E Gordon    dgordon0000@aol.com,
  bearstickets@ameritech.net;urbanplight@gmail.com;urban_plight@yahoo.com;urban_pli
  ght@myway.com
- Stephen A Gorman    sagorman@myintellispace.com
- James B Gottlieb    jgottlieb@chuhak.com
- John T. Gregg    john.gregg@btlaw.com
- Allen J Guon    aguon@shawgussis.com
- Deborah M Gutfeld    deborah.gutfeld@dlapiper.com
- William S Hackney    whackney@muchshelist.com, ccafcules@muchshelist.com
- James H Hall    james.h.hall.jr@gmail.com
- Aaron L Hammer    ahammer@freebornpeters.com, sthoma@freebornpeters.com
- Steven M Hartmann    shartmann@freebornpeters.com
- Ronald E Harvey    brioneslaw@sbcglobal.net
- Mark F Hebbeln    mhebbeln@gcd.com
- Harold B. Hilborn    hhilborn@vblhc.com
- Peter H Honigmann    foleyhonigmann@sbcglobal.net
- Thaddeus J Hunt    huntlaw@innoport.com
- Paula K. Jacobi    pjacobi@sff-law.com, ccoleman@sff-law.com;khewitt@sff-
  law.com;awalters@sff-law.com

- Julia E Jensen     jjensen@dimonteandlizak.com
- Cindy M. Johnson     cjohnson@jnlegal.net, dnewby@jnlegal.net
- William L Kabaker     wlkabaker@aol.com
- Ronald W. Kalish     rkalish@sgklawyers.com, lfilippini@sgklawyers.com
- David L Kane     dkane@freebornpeters.com
- Harold L. Kaplan     hkaplan@gcd.com
- Dimitri G. Karcazes     dimitri.karcazes@goldbergkohn.com
- Robert B Katz     rkatz@epitrustee.com
- Synde B. Keywell     skeywell@ngelaw.com, kdalsanto@ngelaw.com
- Thomas G. King     tking@kech.com
- Scott B. Kitei     skitei@sidley.com
- Jeremy C Kleinman     jkleinman@fgllp.com
- Peter P Knight     peter.knight@lw.com, chefiling@lw.com
- Micah R Krohn     mkrohn@fgllp.com, ccarpenter@fgllp.com
- Robert J. Labate     robert.labate@hklaw.com
- Robert W Lannan     lannanr@gtlaw.com
- Caren A Lederer     calederer@golanchristie.com
- Michael D. Lee     mlee@srzlaw.com, icolombo@srzlaw.com
- David P Leibowitz     dpl@lakelaw.com
- Mark E Leipold     mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- Thomas S. Leo     sleo@leoweber.com, mwargo@leoweber.com
- Thomas J Lester     tlester@hinshawlaw.com
- Neal H Levin     nhlevin@freebornpeters.com, sthoma@freebornpeters.com
- Douglas J. Lipke     dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Bruce E. Lithgow     blithgow@bellboyd.com
- Angelo J Loumbas     ajl@eckhart.com
- Edward S. Margolis     emargolis@tellerlevit.com
- Howard Marks     hmarks@bnf-law.com
- Philip V Martino     philip.martino@dlapiper.com
- Richard J Mason     rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
- Patrick C. Maxcy     pmaxcy@sonnenschein.com
- Andrew J Maxwell     maxwelllawchicago@yahoo.com
- Gregory A. McCormick     mccormick@garfield-merel.com
- Andrew P. R. McDermott     lyndale5@yahoo.com
- Andrew P. R. McDermott     amcdermott@kirkland.com
- Michael J McKitrick     mmckitrick@dmfirm.com
- Colleen E McManus     colleen.mcmanus@dlapiper.com
- Melissa G. Melsher     mgmelsher@uhlaw.com
- Ronald D. Menna     rmenna@fischelkahn.com
- George R Mesires     george.mesires@bfkpn.com
- Robert B Millner     rmillner@sonnenschein.com
- David N Missner     david.missner@dlapiper.com
- Randall L. Mitchell     rmitchell@adlmb.com

- Michael L Molinaro    mmolinaro@loeb.com, chicdkt@loeb.com
- Michael C. Moody    mmoody@okmlaw.com,
  firm@okmlaw.com;bdougherty@okmlaw.com
- Tyler A Moore    tmoore@bslbv.com
- James E. Morgan    jmorgan@muchshelist.com
- Harold L Moskowitz    hlmatty@aol.com
- Gerald F. Munitz    gerald.munitz@goldbergkohn.com
- Gillian E Munitz    gillian.munitz@bfkpn.com
- Joel R Nathan    joel.nathan@usdoj.gov,
  leslie.steffen@usdoj.gov,marina.ravelo@usdoj.gov,ecf1.ausa@usdoj.gov
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- David M Neff    david.neff@dlapiper.com
- Bradley P Nelson    nelson@sw.com,
  central@sw.com;howe@sw.com;connor@sw.com;callahan@sw.com
- Phillip W. Nelson    pnelson@jenner.com
- David A. Newby    dnewby@jnlegal.net, cjohnson@jnlegal.net
- Lauren Newman    lnewman@fagelhaber.com
- Marie L Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Monica C O'Brien    gstern1@flash.net
- Matthew A Olins    matthew.olins@kattenlaw.com
- Kevin Y. Pak    kpak@bellboyd.com
- Kavita M Patel    kpatel@schiffhardin.com
- Nancy A Peterman    petermann@gtlaw.com,
  carlsonk@gtlaw.com;rodriguezeli@gtlaw.com;greenbergc@gtlaw.com;ostrowe@gtlaw.com
- Ronald Peterson    rpeterson@jenner.com
- August A Pilati    apilati@gpgglaw.com
- Alex Pirogovsky    apirogovsky@uhlaw.com
- Karen J Porter    kjplawnet@aol.com, kjplawnet@aol.com
- Kevin Posen    tls@tellerlevit.com
- Steven S. Potts    otispott@comcast.net
- Eric S. Prezant    eprezant@vedderprice.com
- Dennis E. Quaid    dquaid@fagelhaber.com
- Mark L Radtke    mradtke@shawgussis.com
- Gabriel Reilly-Bates    sfdocket@shefskylaw.com
- Christopher L. Rexroat    clrexroat@uhlaw.com
- Charles S Riecke    criecke@seyfarth.com
- Peter J Roberts    proberts@shawgussis.com
- Kimberly J Robinson    kim.robinson@bfkpn.com
- Nathan Q. Rugg    nqr@ag-ltd.com
- Allyson B Russo    arusso@vedderprice.com
- Diane R. Sabol    drsabol@mayerbrownrowe.com
- Adam R. Schaeffer    aschaeffer@bellboyd.com
- Joel A Schechter    joelschechter@covad.net
- Michael M Schmahl    mschmahl@mcguirewoods.com,
  docket@mcguirewoods.com;cgunderson@mcguirewoods.com

- Charles P Schulman    cschulman@sachnoff.com
- Brian L Shaw    bshaw100@shawgussis.com
- Michael L Sherman    shermlaw1@aol.com
- Anne M Sherry    asherry@jonesday.com
- Steven S. Shonder    steven.shonder@dbr.com
- M David Short    dshort@kelleydrye.com
- Adam P. Silverman    asilverman@ag-ltd.com
- Alan H Slodki    alan007@ameritech.net
- Patricia K. Smoots    psmoots@mcguirewoods.com
- Donald A. Snide    dasnide@varnumlaw.com
- Brian G. Snyder    drew_snyder@sbcglobal.net
- James E Spiotto    spiotto@chapman.com
- Catherine L Steege    csteege@jenner.com, docketing@jenner.com
- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- Jeffrey Strange    jstrangelaw@aol.com
- Matthew A Swanson    mswanson@shawgussis.com
- Allan G Sweig    ags@lakelaw.com
- Jerry L Switzer    jswitzer@jenner.com
- Gregg Szilagyi    gszilagyi@lplegal.com
- Nancy A. Temple    ntemple@ffspc.com
- Michael S Terrien    mterrien@jenner.com
- Pia N Thompson    pthompson@sonnenschein.com
- Deborah L. Thorne    dthorne@btlaw.com
- Lewis J Todhunter    ljt@defrees.com
- A Kelly Turner    kturner@lordbissell.com
- David P. Vallas    vallas@wildmanharrold.com, fleming@wildmanharrold.com
- Katherine D Vega    kvega@ngelaw.com
- Jon C Vigano    jvigano@schiffhardin.com, edocket@schiffhardin.com;dgordon@schiffhardin.com;earundel@schiffhardin.com
- George N. Vurdelja    gvurdelja@vhlaw.net
- Donna B Wallace    dbwallace@ameritech.net
- Daniel C Walters    nd-two@il.cslegal.com
- Michael B Weininger    mweininger@lw-llp.com
- Collin B Williams    williamsco@gtlaw.com
- Kurt A. Winiecki    kwiniecki@sachnoff.com
- Michael Yetnikoff    myetnikoff@schiffhardin.com
- Barbara L Yong    blyong@golanchristie.com
- Jonathan W. Young    young@wildmanharrold.com
- Peter J Young    peter.young@kattenlaw.com
- Richard G. Ziegler    rziegler@mayerbrownrowe.com

## United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date _____04/09/2007_____

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number _____02 B 02474_____

# FILED

APR 0 9 2007    NH

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Case Name _____Kmart Corporation_____

Notice of Appeal Filed _____02/26/2007  Entry #30701_____

Appellant    _____Philip Morris Capital Corp and HNB Investment Corp_____

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| [✓] | Transmittal Letter and Civil Cover Sheet | [ ] | Supplemental to the Record |
| [✓] | Designation | [✓] | Notice of Appeal *AND CROSS APPEAL* |
| [✓] | Statement of Issues | [✓] | Copy of Documents Designated |
| [✓] | Transcript of Proceeding | [✓] | Exhibits |
| | | [ ] | Expedited Notice of Appeal |
| | | [ ] | Certified Copy of Docket Sheet |

Additional Items Included

[✓] **Copy of Docket will be transmitted per attachment in e-mail**

| 27 | Total Volumes Transmitted |
|---|---|

*22 VOLUMES*
*1 EXHIBIT*
*4 TRANSCRIPTS*
*27 TOTAL*

The following items will be transmitted as a supplemental to the Record

[ ] _____

**07CV1926**
**JUDGE GRADY**
**MAGISTRATE JUDGE DENLOW**

Previous D C Judge    Grady/ Magistrate Judge Denlow    Case Number    05 C 04874

By Deputy Clerk    *Dorothy Carroll*
Dorothy Carroll  Team B

*435-5597*



COPY

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

07 C 1926

In re:

KMART CORPORATION, *et al.,*

Debtors.

Case No. 02 B 02474
(Jointly Administered)

Chapter 11

Hon. Susan Pierson Sonderby

---

## DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL OF APPELLANTS PHILIP MORRIS CAPITAL CORPORATION AND HNB INVESTMENT CORP.

Appellants Philip Morris Capital Corporation and HNB Investment Corp., pursuant to

Fed. R. Bankr. P. 8006, hereby designate the following items to be included in the record on their

appeal in the captioned case[1], which appeal is noticed at Docket No. 30701:

| Item No. | Description |
| --- | --- |
| 1. | Participation Agreement dated May 4, 1995 between Kmart Corporation, HNB Investment Corp., Philip Morris Capital Corporation, Wilmington Trust Company, Chemical Trust Company of California, William J. Wade, Real Estate Finance Trust 1995-K-3, 1995-K-4, 1995-K-5, 1995-K-6, 1995-K-7, 1995-K-8, 1995-K-9, 1995-K-10, 1995-K-12, 1995-K-14, 1995-K-15, 1995-K-16, 1995-K-17, 1995-K-18, 1995-K-19 and 1995-K-20, The Bank of New York and Todd N. Niamey, RemainderMart Limited Partnership, Wilmington Trust Company and the RemainderMart Trust. [Claimants'/Appellants' Trial Exhibit 1] |
| 2. | Tax Indemnification Agreement dated as of May 4, 1995 between Kmart Corporation and Philip Morris Capital Corporation. [Claimants'/Appellants' Trial Exhibit 2] |
| 3. | Tax Indemnification Agreement dated as of May 4, 1995 between Kmart Corporation and HNB Investment Corp. [Claimants'/Appellants' Trial Exhibit 3] |

---

[1] Appellants have submitted copies of the designated items to the Clerk of the Court; however, because those items have previously been provided to Appellees and/or are readily available to Appellees, they have not been served upon Appellees.

4.      Agreement for Sale of Real Estate, dated May 4, 1995, including closing and
        related documentation attending the same. [Claimants'/Appellants' Trial
        Exhibit 4]

5.      Lease between Kmart Corporation and Real Estate Finance Trust 1995-K-4,
        dated May 4, 1995 (Kmart Store No. 7700, Location: Hilliard, Ohio).
        [Claimants'/Appellants' Trial Exhibit 5]

6.      Lease Between Kmart Corporation and Real Estate Finance Trust 1995-K-5,
        dated May 4, 1995, (Kmart Store No. 4923, Location: Amsterdam, NY).
        [Claimants'/Appellants' Trial Exhibit 6]

7.      Lease Between Kmart Corporation and Chemical Trust Company of California,
        not in its individual capacity, but solely as Co-Trustee of Real Estate Finance
        Trust 1995-K-6, dated May 4, 1995 (Kmart Store No. 7564, Location: Mission
        Viejo, California). [Claimants'/Appellants' Trial Exhibit 7]

8.      Lease between Kmart Corporation and Wilmington Trust Company, not in its
        individual capacity, but solely as Owner Trustee of Real Estate Finance Trust
        1995-K-8, dated May 4, 1995 (Kmart Store No. 4948, Location: Waco, Texas).
        [Claimants'/Appellants' Trial Exhibit 8]

9.      Lease between Kmart Corporation and Wilmington Trust Company, not in its
        individual capacity, but solely as Owner Trustee of Real Estate Finance Trust
        1995-K-10, dated May 4, 1995 (Kmart Store No. 49031, Location: Sherman,
        Texas). [Claimants'/Appellants' Trial Exhibit 9]

10.     Lease Between Kmart Corporation and Chemical Trust Company of California,
        not in its individual capacity, but solely as Co-Trustee of Real Estate Finance
        Trust 1995-K-16, dated May 4, 1995 (Kmart Store No. 3974, Location: Fresno,
        California). [Claimants'/Appellants' Trial Exhibit 10]

11.     Lease Between Kmart Corporation and William J. Wade, Owner Trustee of
        Real Estate Finance Trust 1995-K-17, dated May 4, 1995 (Kmart Store No.
        4759, Location: Lafayette, Georgia). [Claimants'/Appellants' Trial Exhibit 11]

12.     Lease between Kmart Corporation and Wilmington Trust Company, not in its
        individual capacity, but solely as Owner Trustee of Real Estate Finance Trust
        1995-K-18, dated May 4, 1995 (Kmart Store No. 4941, Location: San Antonio,
        Texas). [Claimants'/Appellants' Trial Exhibit 12]

13.     Lease Between Kmart Corporation and Real Estate Finance Trust 1995-K-19,
        dated May 4, 1995 (Kmart Store No. 7704, Location: Mankato, Minnesota).
        [Claimants'/Appellants' Trial Exhibit 13]

14.    Lease between Kmart Corporation and Chemical Trust Company of California,
       not in its individual capacity, but solely as Co-Trustee of Real Estate Finance
       Trust 1995-K-20, dated May 4, 1995 (Kmart Store No. 7609, Location:
       Highland, California). [Claimants'/Appellants' Trial Exhibit 14]

15.    Kmart Corporation's Nineteenth Omnibus Objection to Claims (Certain
       Claims). [Docket No. 20650] [Claimants'/Appellants' Trial Exhibit 15]

16.    Kmart Corporation's Twentieth Omnibus Objection to Claims Under 11 U.S.C.
       §§ 102, 105(a) and 502(b) and Fed. R. Bankr. P. 3007. [Docket No. 20651]
       [Claimants'/Appellants' Trial Exhibit 16]

17.    Omnibus Response of Certain Owner Trusts, Wilmington Trust Company, Not
       In its Individual Capacity But as Owner Trustee, and Philip Morris Capital
       Corporation and HNB Bank as Owner Participants to Kmart's Nineteenth
       Omnibus Objection to Claims (Certain Claims) and Twentieth Omnibus
       Objection to Claims Under 11 U.S.C. §§ 102, 105(a) and 502(b) and Fed. R.
       Bankr. P. 3007. [Docket No. 22211] [Claimants'/Appellants' Trial Exhibit 17]

18.    Reorganized Debtors' Amended Objection to Certain Proofs of Claim Filed by
       Philip Morris Capital Corporation and HNB Investment Corp. [Docket No.
       29169] [Claimants'/Appellants' Trial Exhibit 18]

19.    First Amended Joint Plan of Reorganization of Kmart Corporation and its
       Affiliated Debtors and Debtors-in-Possession. [Taken from Docket No. 10871
       (Confirmation Order with attached Plan)] [Claimants'/Appellants' Trial Exhibit
       19]

20.    Disclosure Statement With Respect to First Amended Joint Plan of
       Reorganization of Kmart Corporation and its Affiliated Debtors and Debtors-in-
       Possession. [Taken from Docket No. 8918 (Order approving Disclosure
       Statement] [Claimants'/Appellants' Trial Exhibit 20]

21.    Notice of Rejection of Unexpired Nonresidential Real Property Leases
       (effective January 25, 2002). [Not entered on Docket] [Claimants'/Appellants'
       Trial Exhibit 21]

22.    Notice of Rejection of Unexpired Nonresidential Real Property Leases (dated
       June 19, 2002; effective June 25, 2002). [Docket No. 4299]
       [Claimants'/Appellants' Trial Exhibit 22]

23.    Notice of Rejection of Unexpired Nonresidential Real Property Leases (dated
       April 17, 2003; effective April 30, 2003). [Docket No. 10736]
       [Claimants'/Appellants' Trial Exhibit 23]

QBCHI\515483.3

24.     Claim No. 50110, filed in the Kmart Corporation bankruptcy proceedings on May 30, 2003 by Wilmington Trust Company, not individually but as Owner Trustee, and HNB Investment Corp., as Owner Participant, with respect to Real Estate Finance Trust K-18. [Claimants'/Appellants' Trial Exhibit 24]

25.     Claim No. 50111, filed in the Kmart Corporation bankruptcy proceedings on May 30, 2003 by Wilmington Trust Company, not individually but as Owner Trustee, and HNB Investment Corp., as Owner Participant, with respect to Real Estate Finance Trust K-10. [Claimants'/Appellants' Trial Exhibit 25]

26.     Claim No. 50112, filed in the Kmart Corporation bankruptcy proceedings on May 30, 2003 by Wilmington Trust Company, not individually but as Owner Trustee, and PMCC, as Owner Participant, with respect to Real Estate Finance Trust K-4. [Claimants'/Appellants' Trial Exhibit 26]

27.     Claim No. 50113, filed in the Kmart Corporation bankruptcy proceedings on May 30, 2003 by Wilmington Trust Company, not individually but as Owner Trustee, and HNB Investment Corp., as Owner Participant, with respect to Real Estate Finance Trust K-8. [Claimants'/Appellants' Trial Exhibit 27]

28.     Claim No. 42208, filed in the Kmart Corporation bankruptcy proceedings on July 31, 2002 by Wilmington Trust Company, not individually but as Owner Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-17. [Claimants'/Appellants' Trial Exhibit 28]

29.     Claim No. 42209, filed in the Kmart Corporation bankruptcy proceedings on July 31, 2002 by Wilmington Trust Company, not individually but as Owner Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-5. [Claimants'/Appellants' Trial Exhibit 29]

30.     Claim No. 42289, filed in the Kmart Corporation bankruptcy proceedings on July 31, 2002 by Wilmington Trust Company, not individually but as Owner Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-20. [Claimants'/Appellants' Trial Exhibit 30]

31.     Claim No. 42290, filed in the Kmart Corporation bankruptcy proceedings on July 31, 2002 by Wilmington Trust Company, not individually but as Owner Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-6. [Claimants'/Appellants' Trial Exhibit 31]

32.     Claim No. 42291, filed in the Kmart Corporation bankruptcy proceedings on July 31, 2002 by Wilmington Trust Company, not individually but as Owner Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-16. [Claimants'/Appellants' Trial Exhibit 32]

33.      Claim No. 42292, filed in the Kmart Corporation bankruptcy proceedings on July 31, 2002 by Wilmington Trust Company, not individually but as Owner Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-17. [Claimants'/Appellants' Trial Exhibit 33]

34.      Claim No. 50863, filed by PMCC in the Kmart Corporation bankruptcy proceedings on May 30, 2003. [Claimants'/Appellants' Trial Exhibit 34]

35.      Trust Agreement of Real Estate Finance Trust 1995-K-4, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant and Wilmington Trust Company and William J. Wade, Owner Trustees. [Claimants'/Appellants' Trial Exhibit 35]

36.      Trust Agreement of Real Estate Finance Trust 1995-K-5, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 36]

37.      Trust Agreement of Real Estate Finance Trust 1995-K-6, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 37]

38.      Trust Agreement Supplement of Real Estate Finance Trust 1995-K-6, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, Wilmington Trust Company, Owner Trustee, and Chemical Trust Company of California, Co-Trustee. [Claimants'/Appellants' Trial Exhibit 38]

39.      Trust Agreement of Real Estate Finance Trust 1995-K-8, Dated as of April 4, 1995 between HNB Investment Corp., Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 39]

40.      Trust Agreement of Real Estate Finance Trust 1995-K-10, Dated as of April 4, 1995 between HNB Investment Corp., Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 40]

41.      Trust Agreement of Real Estate Finance Trust 1995-K-16, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 41]

42.      Trust Agreement of Real Estate Finance Trust 1995-K-17, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, and Wilmington Trust Company and William J. Wade, Owner Trustees. [Claimants'/Appellants' Trial Exhibit 42]

- 5 -

43.      Trust Agreement of Real Estate Finance Trust 1995-K-18, Dated as of April 4, 1995 between HNB Investment Corp., Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 43]

44.      Trust Agreement of Real Estate Finance Trust 1995-K-19, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 44]

45.      Trust Agreement of Real Estate Finance Trust 1995-K-20, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 45]

46.      Initial Disclosures of Claimants Philip Morris Capital Corporation and HNB Investment Corp. Pursuant to Federal Rule of Bankruptcy Procedure 7026, Including Federal Rule of Civil Procedure 26(a)(1). [Claimants'/Appellants' Trial Exhibit 46]

47.      Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995 K-4, and the Bank of New York. [Claimants'/Appellants' Trial Exhibit 48]

48.      Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995 K-5 and the Bank of New York. [Claimants'/Appellants' Trial Exhibit 49]

49.      Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995 K-6, Chemical Trust Company of California, Co-Trustee, and the Bank of New York. [Claimants'/Appellants' Trial Exhibit 50]

50.      Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995 K-8, Wilmington Trust Company, the Bank of New York, and William Wineman, Mortgage Trustee. [Claimants'/Appellants' Trial Exhibit 51]

51.      Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995 K-10, Wilmington Trust Company, the Bank of New York and William Wineman, Mortgage Trustee. [Claimants'/Appellants' Trial Exhibit 52]

52.      Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995 K-16, Chemical Trust Company of California, Co-Trustee, the Bank of New York and First American Title Insurance Co. as Mortgage Trustee. [Claimants'/Appellants' Trial Exhibit 53]

53.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-17, William J. Wade, Owner Trustee, and the Bank of New York.
        [Claimants'/Appellants' Trial Exhibit 54]

54.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-18, Wilmington Trust Company, the Bank of New York and William
        Wineman, Mortgage Trustee. [Claimants'/Appellants' Trial Exhibit 55]

55.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-19 and the Bank of New York. [Claimants'/Appellants' Trial Exhibit 56]

56.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-20, Chemical Trust Company of California, Co-Trustee, the Bank of New
        York and First American Title Insurance Co. as Mortgage Trustee.
        [Claimants'/Appellants' Trial Exhibit 57]

57.     Order with Respect to the Bank of New York, as Trustee Claims Subject to
        Expedited Treatment Pursuant to the Stipulation Resolving Certain Lessor
        Objections to Confirmation and Establishing Agreed Claim Resolution
        Procedures Dated April 22, 2003 and Motion to Determine and Allow Claims
        Under 11 U.S.C. §§ 102(1), 105(a), and 502(b) and Fed. R. Bankr. P. 3007.
        [Docket No. 18141] [Claimants'/Appellants' Trial Exhibit 58]

58.     Amended Order with Respect to the Bank of New York, as Trustee Claims
        Subject to Expedited Treatment Pursuant to the Stipulation Resolving Certain
        Lessor Objections to Confirmation and Establishing Agreed Claim Resolution
        Procedures Dated April 22, 2003 and Motion to Determine and Allow Claims
        Under 11 U.S.C. §§ 102(1), 105(a), and 502(b) and Fed. R. Bankr. P. 3007.
        [Docket No. 18718] [Claimants'/Appellants' Trial Exhibit 59]

59.     Claim Number 41099 filed by Verizon Capital Corp. and its subsidiary NCC
        Key Company.[2]

60.     Claim Number 41100 filed by Verizon Capital Corp. and its subsidiary NCC
        Fox Company.

61.     Claim Number 41101 filed by Verizon Capital Corp. and its subsidiary NCC
        Key Company.

[2] Record Items 59 through 92 were submitted as Appellants' Trial Exhibits 60-93, but were denied admission
pursuant to the Court's Order entered at Docket No. 29352, which Order is referenced in Appellants' Notice of
Appeal.

QBCHI\515483.3

62.     Claim Number 41102 filed by Verizon Capital Corp. and its subsidiary NCC Key Company.

63.     Claim Number 41103 filed by Verizon Capital Corp. and its subsidiary NCC Neptune Company.

64.     Claim Number 41104 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

65.     Claim Number 41105 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

66.     Claim Number 41106 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

67.     Claim Number 43286 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

68.     Claim Number 43287 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

69.     Claim Number 43288 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

70.     Claim Number 43289 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

71.     Claim Number 43290 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

72.     Claim Number 43291 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

73.     Claim Number 43292 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

74.     Claim Number 43293 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

75.     Claim Number 48882 filed by U.S. Bank, N.A.

76.     Claim Number 50100 filed by Verizon Capital Corp. and its subsidiary NCC Neptune Company.

77.     Claim Number 50101 filed by Verizon Capital Corp. and its subsidiary NCC Neptune Company.

78.     Claim Number 50102 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

- 8 -

79.     Claim Number 50103 filed by Verizon Capital Corp. and its subsidiary NCC
        Key Company.

80.     Claim Number 54697 filed by Verizon Capital Corp. and its subsidiary NCC
        Key Company.

81.     Claim Number 54698 filed by Verizon Capital Corp. and its subsidiary NCC
        Horizon Company.

82.     Claim Number 54699 filed by Verizon Capital Corp. and its subsidiary NCC
        Fox Company.

83.     Claim Number 54700 filed by Verizon Capital Corp. and its subsidiary NCC
        Fox Company.

84.     Claim Number 54701 filed by Verizon Capital Corp. and its subsidiary NCC
        Fox Company.

85.     Claim Number 54702 filed by Verizon Capital Corp. and its subsidiary NCC
        Key Company.

86.     Claim Number 54703 filed by Verizon Capital Corp. and its subsidiary NCC
        Key Company.

87.     Claim Number 54704 filed by Verizon Capital Corp. and its subsidiary NCC
        Key Company.

88.     Claim Number 56317 filed by Verizon Capital Corp. and its subsidiary NCC
        Fox Company.

89.     Claim Number 56318 filed by Verizon Capital Corp. and its subsidiary NCC
        Fox Company.

90.     All Tax Indemnification Agreements between Kmart Corporation and Verizon
        Capital Corporation and/or any of its subsidiaries, including NCC Key
        Company, NCC Fox Company and NCC Neptune Company.

91.     All Participation Agreements between Kmart Corporation and Verizon Capital
        Corporation and/or any of its subsidiaries, including NCC Key Company, NCC
        Fox Company and NCC Neptune Company.

92.     Consent Order Resolving Certain Administrative, Lease Rejection and Tax
        Indemnification Claims for Kmart Store Numbers 3584, 4843, 4890, 4891,
        4930, 4943, 4947, 4949, 4950, 4954, 4958, 7668 and 7697.  [Docket No. 27042]

QBCHI\515483.3

93.     Deed in Lieu of Foreclosure Agreement dated March 15, 2004 between Real
Estate Finance Trust 1995-K-4, a Delaware statutory trust, as Owner Trust,
Philip Morris Capital Corporation, as Owner Participant, and The Bank of New
York, not in its individual capacity but solely as Corporate Indenture Trustee
(the "K-4 Mortgagee"); the promissory note and other instrument(s) and/or
agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and
evidencing the underlying indebtedness of the Owner Trust to the K-4
Mortgagee; the Limited Warranty Deed dated March 15, 2004 by the Owner
Trust to Property Acquisition Trust 1995-K-4, as nominee of the K-4
Mortgagee; and attendant documentation relating to the foregoing.
[Claimants'/Appellants' Trial Exhibit 94]

94.     Deed in Lieu of Foreclosure Agreement dated July 15, 2003 between Real
Estate Finance Trust 1995-K-5, a Delaware statutory trust, as Owner Trust,
Philip Morris Capital Corporation, as Owner Participant, and The Bank of New
York, not in its individual capacity but solely as Corporate Indenture Trustee
(the "K-5 Mortgagee"); the promissory note and other instrument(s) and/or
agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and
evidencing the underlying indebtedness of the Owner Trust to the K-5
Mortgagee; the Bargain and Sale Deed With Covenant Against Grantor's Acts
dated July 21, 2003 by the Owner Trust to Property Acquisition Trust 1995-K-
5, as nominee of the K-5 Mortgagee; and attendant documentation relating to
the foregoing.  [Claimants'/Appellants' Trial Exhibit 95]

95.     Deed in Lieu of Foreclosure Agreement dated May 7, 2003 between Real Estate
Finance Trust 1995-K-6, a Delaware statutory trust, as Owner Trust, Philip
Morris Capital Corporation, as Owner Participant, and The Bank of New York,
not in its individual capacity but solely as Corporate Indenture Trustee (the "K-
6 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s)
identified in said Deed in Lieu of Foreclosure Agreement and evidencing the
underlying indebtedness of the Owner Trust to the K-6 Mortgagee; the Grant
Deed and Assignment dated May 9, 2003 (as amended by corrective Grant Deed
and Assignment dated May 17, 2004) by the Owner Trust to Property
Acquisition Trust 1993-K-6, as nominee of the K-6 Mortgagee; and attendant
documentation relating to the foregoing.  [Claimants'/Appellants' Trial Exhibit
96]

96.     Deed in Lieu of Foreclosure Agreement dated as of October 16, 2003 between
Real Estate Finance Trust 1995-K-8, a Delaware statutory trust, as Owner Trust
(the "K-8 Owner Trust"), HNB Investment Corp., as Owner Participant, and
The Bank of New York, not in its individual capacity but solely as Corporate
Indenture Trustee (the "K-8 Mortgagee"); the promissory note and other
instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure
Agreement and evidencing the underlying indebtedness of the Owner Trust to
the K-8 Mortgagee; the Bargain And Sale Deed With Covenant Against
Grantor's Acts dated October 16, 2003 by the K-8 Owner Trust to Property
Acquisition Trust 1995-K-8, as nominee of the K-8 Mortgagee; and attendant

- 10 -

documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 97]

97.     Deed in Lieu of Foreclosure Agreement dated October 21, 2003 between Real Estate Finance Trust 1995-K-10, a Delaware statutory trust, as Owner Trust (the "K-10 Owner Trust"), HNB Investment Corp., as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-10 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-10 Mortgagee; the Bargain And Sale Deed With Covenant Against Grantor's Acts dated October 22, 2003 by the K-10 Owner Trust to Property Acquisition Trust 1995-K-18, as nominee of the K-10 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 98]

98.     Deed in Lieu of Foreclosure Agreement dated May 7, 2003 between Real Estate Finance Trust 1995-K-16, a Delaware statutory trust, as Owner Trust, Philip Morris Capital Corporation, as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-16 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-16 Mortgagee; the Grant Deed and Assignment dated May 9, 2003 by the Owner Trust to Property Acquisition Trust 1995-K-16, as nominee of the K-16 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 99]

99.     Deed in Lieu of Foreclosure Agreement dated July 10, 2003 between Real Estate Finance Trust 1995-K-17, a Delaware statutory trust, as Owner Trust, Philip Morris Capital Corporation, as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-17 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-17 Mortgagee; the Limited Warranty Deed and Assignment dated July 16, 2003 by the Owner Trust to Wachovia Bank, National Association, as nominee of the K-17 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 100]

100.    Deed in Lieu of Foreclosure Agreement dated October 22, 2003 between Real Estate Finance Trust 1995-K-18, a Delaware statutory trust, as Owner Trust (the "K-18 Owner Trust"), HNB Investment Corp., as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-18 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to

- 11 -

the K-18 Mortgagee; the Bargain And Sale Deed With Covenant Against Grantor's Acts dated October 22, 2003 by the K-18 Owner Trust to Property Acquisition Trust 1995-K-18, as nominee of the K-18 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 101]

101.     Deed in Lieu of Foreclosure Agreement dated July 30, 2003 between Real Estate Finance Trust 1995-K-19, a Delaware statutory trust, as Owner Trust, Philip Morris Capital Corporation, as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-19 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-19 Mortgagee; the Limited Warranty Deed dated August 4, 2003 by the Owner Trust to Property Acquisition Trust 1995-K-19, as nominee of the K-19 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 102]

102.     Deed in Lieu of Foreclosure Agreement dated May 7, 2003 between Real Estate Finance Trust 1995-K-20, a Delaware statutory trust, as Owner Trust, Philip Morris Capital Corporation, as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-20 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-20 Mortgagee; the Grant Deed and Assignment dated May 9, 2003 by the Owner Trust to Property Acquisition Trust 1995-K-20, as nominee of the K-20 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 103]

103.     Stipulation and Order Concerning Reorganized Debtors' Motion to Temporarily Stay Discovery to Set an Expedited Briefing and Hearing Schedule to Resolve a Threshold Legal Issue Relating to Certain Contested Proofs of Claim (Philip Morris Capital Corporation) and Request for Off-Omnibus Hearing. [Docket No. 28954] [Claimants'/Appellants' Trial Exhibit 104]

104.     Kmart Corporation's Response to Philip Morris Capital Corporation's and HNB Investment Corp.'s First Set of Interrogatories, First Requests for Admission and First Requests for Production of Documents. [Claimants'/Appellants' Trial Exhibit 107]

105.     Kmart Corporation's Response to Philip Morris Capital Corporation's and HNB Investment [Corp.'s] Second Set of Interrogatories, Second Requests for Admission and Second Requests for Production of Documents [Claimants'/Appellants' Trial Exhibit 108]

106.     Redacted Year 2003 Form 1120 Pro Forma Federal Corporate Income Tax
         Return of HNB Investment Corp. [Claimants'/Appellants' Trial Exhibit 109]

107.     Redacted Year 2003 Form 1120 Pro Forma Federal Corporate Income Tax
         Return of Philip Morris Capital Corporation. [Claimants'/Appellants' Trial
         Exhibit 110]

108.     Redacted Year 2004 Form 1120 Pro Forma Federal Corporate Income Tax
         Return of Philip Morris Capital Corporation. [Claimants'/Appellants' Trial
         Exhibit 111]

109.     "Kmart Debt Forgiveness Analysis" Worksheets, including supporting pricing
         files and related documents. [Claimants'/Appellants' Trial Exhibit 112]

110.     Excel worksheet file detailing tax accounting bases in real properties, and the
         work papers relating thereto. [Claimants'/Appellants' Trial Exhibit 113]

111.     Internal Lease-Tracking Schedules maintained with respect to each of the
         subject Properties. [Claimants'/Appellants' Trial Exhibit 116]

112.     Warren & Selbert's ABC Pricing Files for the Structured Finance Transaction
         between Kmart Corporation, the various Delaware Business Trusts, as Owner
         Trusts, and Philip Morris Capital Corporation and HNB Investment Corp., as
         Owner Participants. [Claimants'/Appellants' Trial Exhibit 117]

113.     First Subset of Record Item 112/Claimants'/Appellants' Trial Exhibit 117
         [Separately admitted as Claimants'/Appellants' Trial Exhibit 117-D]

114.     First Subset of Record Item 112/Claimants'/Appellants' Trial Exhibit 117
         [Separately admitted as Claimants'/Appellants' Trial Exhibit 117-E].

115.     Class 5 Confirmation Ballot issued to Philip Morris Capital Corporation.
         [Claimants'/Appellants' Trial Exhibit 118]

116.     April 28, 2005 letter from Thomas J. Magill to Andrew Goldman.
         [Claimants'/Appellants' Trial Exhibit 119]

117.     Interoffice Memorandum of William Szumanski dated October 15, 2004.
         [Claimants'/Appellants' Trial Exhibit 120]

118.     Invoice documentation (in redacted form) regarding legal fees incurred by the
         Owner Participants. [Claimants'/Appellants' Trial Exhibit 124]

119.     Invoice documentation regarding inspection fees incurred by the Owner
         Participants in connection with the Properties. [Claimants'/Appellants' Trial
         Exhibit 125]

120.    Invoice documentation regarding trustee's fees assessed by Wilmington Trust Company and incurred by the Owner Participants in connection with the Properties. [Claimants'/Appellants' Trial Exhibit 126]

121.    Invoice documentation regarding security expenses incurred by the Owner Participants with respect to the Mission Viejo, California, Property. [Claimants'/Appellants' Trial Exhibit 128]

122.    Invoice documentation regarding utility and maintenance expenses incurred by the Owner Participants with respect to the Mission Viejo, California, Property. [Claimants'/Appellants' Trial Exhibit 129]

123.    Summary of Expenses from Like Kind Exchange ["LKE"] Transaction. [Claimants'/Appellants' Trial Exhibit 130]

124.    LKE Depreciation Analysis (full term). [Claimants'/Appellants' Trial Exhibit 131]

125.    LKE Depreciation Analysis (2008 Sale). [Claimants'/Appellants' Trial Exhibit 132]

126.    Heidelberg Depreciation with 8 LKE Stores (ABC Report). [Claimants'/Appellants' Trial Exhibit 133]

127.    Heidelberg Depreciation with 2 LKE Stores (ABC Report) [Claimants'/Appellants' Trial Exhibit 134]

128.    Schedule entitled "PMCC-Kmart Analysis/10 DIL Stores/as of October 24, 2005". [Claimants'/Appellants' Trial Exhibit 135]

129.    Invoice to Philip Morris Capital Corporation from Davis Polk & Wardwell, dated May 7, 2002. [Claimants'/Appellants' Trial Exhibit 136]

130.    Annual Statement of Cash Flow (ABC Report), with handwritten notes. [Claimants'/Appellants' Trial Exhibit 137]

131.    Admitted Trial Exhibits 7, 8, 10, 11 and 12 of Kmart Corporation. [Kmart Corporation's remaining trial exhibits either were withdrawn or were duplicative of other items designated herein.]

132.    Initial Trial Brief of Claimants Philip Morris Capital Corporation and HNB Investment Corporation in Support of Their Claims Asserted Against Kmart Corporation, *et al.*, with Exhibits A through O thereto. [Docket Nos. 29151 (Brief) and 29152 (Exhibits A-O)]

133.    Reorganized Debtors' Trial Brief in Support of Its [*sic*] Objections to Certain Contested Claims of Philip Morris Capital Corporation and HNB Investment Corporation, with Exhibits A-O thereto. [Docket No. 29149]

- 14 -

134.    Reply Trial Brief of Claimants Philip Morris Capital Corporation and HNB Investment Corp. in Support of Their Claims Asserted Against Kmart Corporation, *et al.*, with Exhibit A thereto. [Docket No. 29201]

135.    Reorganized Debtors' Reply Trial Brief in Response to Initial Trial Brief of Philip Morris Capital Corporation and HNB Investment Corporation. [Docket No. 29199]

136.    Reorganized Debtors' Motion *in Limine* to Exclude Evidence Relating to Kmart's Settlement with Verizon, with Exhibits A and B thereto. [Docket No. 29221]

137.    Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Motion *in Limine* to Exclude Evidence. [Docket No. 29224]

138.    Joint Pretrial Statement of Claimants Philip Morris Capital Corporation and HNB Investment Corp. and of Debtor Kmart Corporation Regarding Claims Asserted Against Debtor by Claimants, with Exhibit A thereto. [Docket Nos. 29248 (Joint Pretrial Statement) and 29250 (Substituted Exhibit A)]

139.    Transcript of Proceedings of November 8, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

140.    Transcript of Proceedings of November 9, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

141.    Transcript of Proceedings of November 10, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

142.    Transcript of Proceedings of November 30, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

143.    Transcript of Proceedings of December 1, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

144.    Transcript of Proceedings of February 8, 2006, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

145.    Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Motion for Judgment Pursuant to Fed. R. Bankr. P. 7052 and Fed R. Civ. P. 52(c). [Docket No. 29522]

QBCHI\515483.3

146.     Reorganized Debtors' Response to Claimants Philip Morris Capital Corp.'s and HNB Investment Corp.'s Motion for Judgment. [Docket No. 29540]

147.     Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Rule 52(c) Response to Kmart's Motion for Judgment. [Docket No. 29523] [**NOTE**: Kmart's Motion for Judgment was made orally in Court and therefore does not appear on the Docket.]

148.     Memorandum in Support of Proposed Findings of Fact and Conclusions of Law Submitted by Claimants Philip Morris Capital Corporation and HNB Investment Corp., with Exhibits A (Proposed Findings of Fact and Conclusions of Law) and B (Revenue Ruling 2004-86) thereto. [Docket No. 29525]

149.     Reorganized Debtors' Memorandum in Support of Their Proposed Findings of Fact and Conclusions of Law, with Attachments A (Proposed Findings of Fact), B (Proposed Conclusions of Law) and C (November 18, 2005, transcript of proceedings in *In re UAL Corp.*, Case No. 02 B 48191, United States Bankruptcy Court for the Northern District of Illinois). [Docket No. 29520]

150.     Order Allowing Claim No. 50863 and Disallowing Claim Nos. 50110, 50111, 50112 and 50113 (the "Claims Order"). [Docket No. 30689]

151.     Findings of Fact and Conclusions of Law referenced in the Claims Order. [Docket No. 30688]

152.     Order, to the extent it denied Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Motion *in Limine* to Exclude Evidence. [Docket No. 30687]

153.     Order denying Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Motion for Judgment Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52(c). [Docket No. 30685]

154.     Order granting the Reorganized Debtors' Motion *In Limine* to Exclude Evidence Relating to Kmart's Settlement with Verizon. [Docket No. 29352]

QBCHI\515483.3

155.        Notice of Appeal of Appellants and Claimants Philip Morris Capital
            Corporation and HNB Investment Corp., with Exhibits A though E (which are
            duplicates of Record Items 150 through 154, above).   [Docket No. 30701]


Dated: March 8, 2007

                        PHILIP MORRIS CAPITAL CORPORATION and
                        HNB INVESTMENT CORP., Appellants


                        By:      /s/ Christopher Combest
                                 One of its Attorneys


Thomas J. Magill (IL ARDC No. 01731009)
Leonard S. Shifflett  (IL ARDC No. 02587432)
Christopher Combest (IL ARDC No. 06224701)
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
Phone:  (312) 715-5000

QBCHI\515483.3

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

O7 C 1926

| | |
|---|---|
| In re: | Case No.  02 B 02474 (Jointly Administered) |
| KMART CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | Hon. Susan Pierson Sonderby |

### STATEMENT OF ISSUES ON APPEAL OF APPELLANTS
### PHILIP MORRIS CAPITAL CORPORATION AND HNB INVESTMENT CORP.

Appellants Philip Morris Capital Corporation and HNB Investment Corp., pursuant to Fed. R. Bankr. P. 8006, hereby state the issues to be presented upon their appeal from certain orders entered by the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") in the captioned jointly-administered bankruptcy cases, which appeal is noticed at Docket No. 30701:

1.     Did the Bankruptcy Court err, as a matter of law, by interpreting the relevant Tax Indemnification Agreements ("TIAs") between Appellants and Kmart Corporation to require that Appellants' lump-sum claim under the TIAs (the "TIA Claim") be reduced to an amount that is less than the amount of the income tax liability in fact realized by Appellants as a result of the Debtors' default?  Specifically, did the Bankruptcy Court err by reducing the TIA Claim:

(a)     by an amount equal to the present value of the future income taxes Appellants would have paid on future income that Appellants will never receive as a result of the Debtors' default;

(b)     on account of tax deductions previously realized by Appellants for certain accrued interest on the cancelled mortgage debt that gave rise to the cancellation-of-indebtedness income realized by Appellants; and

(c)     for the full amount of certain unamortized transaction expenses, where the same were only accelerated and thus deducted currently in accordance with applicable tax laws?

QBCHI\516500.4

2.     Did the Bankruptcy Court err, as a matter of law, in concluding that under the controlling provisions of the TIAs an offset is not required against identified income tax savings for the loss of funds which were intended to have been available to satisfy those future tax responsibilities?

3.     Did the Bankruptcy Court err, as a matter of law, in concluding that under the controlling provisions of the TIAs the Debtors are entitled to a credit against the gross amount of the TIA Claim by virtue of certain accrued but unpaid interest included in Claimants' calculation of the TIA Claim?

4.     Did the Bankruptcy Court err in relying upon the expert testimony of the Debtors' witness, Issac Sperka, to credit against the TIA Claims the so-called Tax Savings (as that term is defined in the Bankruptcy Court's Findings of Fact and Conclusions of Law), when Sperka provided the Bankruptcy Court with only ultimate conclusions not based upon any demonstrated analysis, methodology or calculations?

DATED: March 8, 2007                    PHILIP MORRIS CAPITAL CORPORATION and
                                        HNB INVESTMENT CORP., Appellants


                                        By:____/s/ Christopher Combest_____
                                           One of its Attorneys

Thomas J. Magill (IL ARDC No. 01731009)
Leonard S. Shifflett  (IL ARDC No. 02587432)
Christopher Combest (IL ARDC No. 06224701)
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
Phone:  (312) 715-5000

- 2 -

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

07 C 1926

| | | |
|---|---|---|
| In re: | ) | Case No. 02-02474 |
| | ) | (Jointly Administered) |
| KMART CORPORATION, et al., | ) | Chapter 11 |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Reorganized Debtors. | ) | |

## KMART CORPORATION'S STATEMENT OF ISSUES
## AND DESIGNATION OF RECORD ON CROSS-APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, cross-appellant

Kmart Corporation ("Kmart") hereby submits its Statement of the Issues and Designation of

Record in connection with its cross-appeal of two Orders, both dated February 13, 2007 (Dk.

Nos. 30688 and 30689).[1]

### STATEMENT OF THE ISSUES

1.      Did the Bankruptcy Court err in holding that its Order resolving certain claims

brought against Kmart by the Bank of New York (Dk. No. 18718) precluded Kmart from

asserting that the claims filed by Philip Morris Capital Corporation and HNB Investment Corp.

(claim nos. 50110, 50111, 50112, 50113, and 50863 (the "Claims")) were subject to the cap on

damages set forth in 11 U.S.C. § 502(b)(6), in light of the fact that the issues resolved by that

Order were not actually litigated, and that the terms of that Order state it is without prejudice to

the Claims.

2.      Did the Bankruptcy Court err in stating, on the merits, that the cap on damages set

forth in 11 U.S.C. § 502(b)(6) does not apply to the Claims.

---

[1]      This cross-appeal was commenced by Kmart's Notice of Cross-Appeal filed on March 1,
2007 (Dk. No 30707).

## **DESIGNATION OF RECORD**

The following Designation of Record constitutes Kmart's affirmative designations for its

cross-appeal, and its counter-designations in response to the Designation of Record filed by the

Appellant, Philip Morris Capital Corporation and HNB Investment Corp., on March 12, 2007

("Appellant's Designations," Dk. No. 30746).  Appellant's Designations are incorporated herein

by reference (see Item 1, below).

| Item No. | Description |
|---|---|
| 1. | Designation of Items to be Included in Record on Appeal of Appellants Phillip Morris Capital Corporation and HNB Investment Corp. [Docket No. 30746]. |
| 2. | Order Under 11 U.S.C. §§ 105(a) and 365 (a) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Approving Procedures for Rejecting Other Unexpired Leases  [Docket No. 139]. |
| 3. | Objection of the Bank of New York, in Trustee Capacities to Confirmation of Debtors' first Amended Joint Plan of Reorganization and Assumption of Certain Leases [Docket No. 10035] |
| 4. | Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. §§ 1129 (a) and (b)  Confirming the First Amended Joint Plan of Reorganization of Kmart Corporation and its Affiliated Debtors and Debtors-in-Possession, As Modified (excluding exhibit attachments; the First Amended Joint Plan is included in Appellants' Designations, at Item 19) [Docket No. 10871]. |
| 5. | Stipulation Resolving Objection by Bank of New York in Trustee Capacities [Docket No. 11104]. |
| 6. | Stipulation Resolving Certain Lessor Objections to Confirmation and Establishing Agreed Claim Resolution Procedures [Docket No. 11107]. |
| 7. | Debtors' Omnibus Objection to Rejection Damages Claims Subject to Expedited Treatment Pursuant to the Stipulation Resolving Certain Lessor Objections to Confirmation and Establishing Agreed Claim Resolution Procedures dated April 22, 2003 and Motion to Determine and Allow Claims Under 11 U.S.C. §§ 102(1), 105(a), and 502(b), and Fed. R. Bankr. P. 3007 [Docket No. 12614]. |
| 8. | Order With Respect to Claims Subject to Expedited Treatment Pursuant to the Stipulation Resolving Certain Lessor Objections to Confirmation and Establishing Agreed Claim Resolution Procedures dated April 22, 2003 and Motion to |

        Determine and Allow Claims Under 11 U.S.C. §§ 102(1), 105 (A), and 502 (B), and Fed. R. Bankr. P. 3007 [Docket No. 12855].

9.      Reorganized Debtor's Motion to Temporarily Stay Discovery to Set an Expedited Briefing and Hearing Schedule to Resolve a Threshold Legal Issue Related to Certain Contested Proofs of Claim (Philip Morris Capital Corporation) and Request for Off-Omnibus Hearing [Docket No. 28886].

10.     Objection of Claimants Phillip Morris Capital Corporation and HNB Investment Corp. to Reorganized Debtor's Motion to Temporarily Stay Discovery to Set an Expedited Briefing and Hearing Schedule to Resolve a Threshold Legal Issue Related to Certain Contested Proofs of Claim (Philip Morris Capital Corporation) and Request for Off-Omnibus Hearing [Docket No. 28893].

11.     Kmart's Status Conference Report RE: Objections to PMCC Claims [Docket No. 28971].

12.     Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Response to Kmart's Status Conference Report RE: Objections to PMCC Claims [Docket No. 28973].

13.     Reorganized Debtor's Motion to Amend Objections to Contested Proofs of Claim Filed by Philip Morris Capital Corporation and HNB Investment Corporation [Docket No. 29004].

14.     Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Objection to Reorganized Debtor's Motion to Amend Objections to Contested Proofs of Claim Filed by Philip Morris Capital Corporation and HNB Investment Corporation [Docket No. 29030].

15.     Reorganized Debtor's Reply Brief in Support of Motion to Amend Objections to Certain Contested Proofs of Claim Filed by Philip Morris Capital Corporation and HNB Investment Corporation [Docket No. 29047].

16.     Order Granting Reorganized Debtor's Motion to Amend Objections to Certain Contested Proofs of Claim Filed by Philip Morris Capital Corporation and HNB Investment Corp. [Docket No. 29124].

17.     Reorganized Debtor's List of Witnesses and Exhibits for the Trial of the Contested Claims of Philip Morris Capital Corporation and HNB Investment Corporation [Docket No. 29210].

18.     Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s List of Designated Trial Witnesses [Docket No. 29212].

19.     Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s List of Designated Trial Exhibits [Docket No. 29214].

20.   Reorganized Debtor's Motion *in Limine* to Exclude, as Inadmissible, Parol Evidence Regarding the Transaction Kmart Entered into with Claimants [Docket No. 29222].

21.   Reorganized Debtor's Motion *in Limine* to Preclude the Introduction of Any Document Responsive to Kmart's Document Requests That Claimants Did Not Produce in Discovery [Docket No. 29223].

22.   Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Amended List of Designated Trial Exhibits [Docket No. 29246].

23.   Reorganized Debtor's Reply to Claimants' Motion *in Limine* to Exclude Evidence [Docket No. 29267].

24.   Reorganized Debtor's Supplemental Objection to Claimants' Amended List of Designated Trial Exhibits [Docket No. 29269].

25.   Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Response and Objection to Reorganized Debtor's Motions *in Limine* [Docket No. 29274].

26.   Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Response in Support of Their Motion *in Limine* to Exclude Evidence [Docket No. 29281].

27.   Notice of Cross-Appeal [Docket No. 30707].

28.   Transcript of Proceedings of August 23, 2005, in the United States Bankruptcy court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

29.   Transcript of Proceedings of September 20, 2005, in the United States Bankruptcy court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

Dated: March 19, 2007

By: /s/ William J. Barrett
William J. Barrett (6206424)
BARACK FERRAZZANO KIRSCHBAUM
    PERLMAN & NAGELBERG LLP
333 West Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 629-5170
Facsimile: (312) 984-3150
William.Barrett@BFKPN.com

Andrew Goldman
WILMER CUTLER PICKERING HALE &
    DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800

Craig Goldblatt
Michael Snyder
WILMER CUTLER PICKERING HALE &
    DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 663-6000

**Counsel for Kmart Corporation, et al.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION** $O\cap C 1926$

| | |
|---|---|
| In re: | Case No. 02 B 02474 <br> (Jointly Administered) |
| KMART CORPORATION, *et al.*, | |
| | Chapter 11 |
| Debtors. | Hon. Susan Pierson Sonderby |

---

### DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL OF APPELLANTS PHILIP MORRIS CAPITAL CORPORATION AND HNB INVESTMENT CORP.

Appellants Philip Morris Capital Corporation and HNB Investment Corp., pursuant to

Fed. R. Bankr. P. 8006, hereby designate the following items to be included in the record on their

appeal in the captioned case[1], which appeal is noticed at Docket No. 30701:

| Item No. | Description |
|---|---|
| 1. | Participation Agreement dated May 4, 1995 between Kmart Corporation, HNB Investment Corp., Philip Morris Capital Corporation, Wilmington Trust Company, Chemical Trust Company of California, William J. Wade, Real Estate Finance Trust 1995-K-3, 1995-K-4, 1995-K-5, 1995-K-6, 1995-K-7, 1995-K-8, 1995-K-9, 1995-K-10, 1995-K-12, 1995-K-14, 1995-K-15, 1995-K-16, 1995-K-17, 1995-K-18, 1995-K-19 and 1995-K-20, The Bank of New York and Todd N. Niamey, RemainderMart Limited Partnership, Wilmington Trust Company and the RemainderMart Trust. [Claimants'/Appellants' Trial Exhibit 1] |
| 2. | Tax Indemnification Agreement dated as of May 4, 1995 between Kmart Corporation and Philip Morris Capital Corporation. [Claimants'/Appellants' Trial Exhibit 2] |
| 3. | Tax Indemnification Agreement dated as of May 4, 1995 between Kmart Corporation and HNB Investment Corp. [Claimants'/Appellants' Trial Exhibit 3] |

---

[1] Appellants have submitted copies of the designated items to the Clerk of the Court; however, because those items have previously been provided to Appellees and/or are readily available to Appellees, they have not been served upon Appellees.

4.      Agreement for Sale of Real Estate, dated May 4, 1995, including closing and related documentation attending the same. [Claimants'/Appellants' Trial Exhibit 4]

5.      Lease between Kmart Corporation and Real Estate Finance Trust 1995-K-4, dated May 4, 1995 (Kmart Store No. 7700, Location: Hilliard, Ohio). [Claimants'/Appellants' Trial Exhibit 5]

6.      Lease Between Kmart Corporation and Real Estate Finance Trust 1995-K-5, dated May 4, 1995, (Kmart Store No. 4923, Location: Amsterdam, NY). [Claimants'/Appellants' Trial Exhibit 6]

7.      Lease Between Kmart Corporation and Chemical Trust Company of California, not in its individual capacity, but solely as Co-Trustee of Real Estate Finance Trust 1995-K-6, dated May 4, 1995 (Kmart Store No. 7564, Location: Mission Viejo, California). [Claimants'/Appellants' Trial Exhibit 7]

8.      Lease between Kmart Corporation and Wilmington Trust Company, not in its individual capacity, but solely as Owner Trustee of Real Estate Finance Trust 1995-K-8, dated May 4, 1995 (Kmart Store No. 4948, Location: Waco, Texas). [Claimants'/Appellants' Trial Exhibit 8]

9.      Lease between Kmart Corporation and Wilmington Trust Company, not in its individual capacity, but solely as Owner Trustee of Real Estate Finance Trust 1995-K-10, dated May 4, 1995 (Kmart Store No. 49031, Location: Sherman, Texas). [Claimants'/Appellants' Trial Exhibit 9]

10.     Lease Between Kmart Corporation and Chemical Trust Company of California, not in its individual capacity, but solely as Co-Trustee of Real Estate Finance Trust 1995-K-16, dated May 4, 1995 (Kmart Store No. 3974, Location: Fresno, California). [Claimants'/Appellants' Trial Exhibit 10]

11.     Lease Between Kmart Corporation and William J. Wade, Owner Trustee of Real Estate Finance Trust 1995-K-17, dated May 4, 1995 (Kmart Store No. 4759, Location: Lafayette, Georgia). [Claimants'/Appellants' Trial Exhibit 11]

12.     Lease between Kmart Corporation and Wilmington Trust Company, not in its individual capacity, but solely as Owner Trustee of Real Estate Finance Trust 1995-K-18, dated May 4, 1995 (Kmart Store No. 4941, Location: San Antonio, Texas). [Claimants'/Appellants' Trial Exhibit 12]

13.     Lease Between Kmart Corporation and Real Estate Finance Trust 1995-K-19, dated May 4, 1995 (Kmart Store No. 7704, Location: Mankato, Minnesota). [Claimants'/Appellants' Trial Exhibit 13]

14.     Lease between Kmart Corporation and Chemical Trust Company of California, not in its individual capacity, but solely as Co-Trustee of Real Estate Finance Trust 1995-K-20, dated May 4, 1995 (Kmart Store No. 7609, Location: Highland, California). [Claimants'/Appellants' Trial Exhibit 14]

15.     Kmart Corporation's Nineteenth Omnibus Objection to Claims (Certain Claims). [Docket No. 20650] [Claimants'/Appellants' Trial Exhibit 15]

16.     Kmart Corporation's Twentieth Omnibus Objection to Claims Under 11 U.S.C. §§ 102, 105(a) and 502(b) and Fed. R. Bankr. P. 3007. [Docket No. 20651] [Claimants'/Appellants' Trial Exhibit 16]

17.     Omnibus Response of Certain Owner Trusts, Wilmington Trust Company, Not In its Individual Capacity But as Owner Trustee, and Philip Morris Capital Corporation and HNB Bank as Owner Participants to Kmart's Nineteenth Omnibus Objection to Claims (Certain Claims) and Twentieth Omnibus Objection to Claims Under 11 U.S.C. §§ 102, 105(a) and 502(b) and Fed. R. Bankr. P. 3007. [Docket No. 22211] [Claimants'/Appellants' Trial Exhibit 17]

18.     Reorganized Debtors' Amended Objection to Certain Proofs of Claim Filed by Philip Morris Capital Corporation and HNB Investment Corp. [Docket No. 29169] [Claimants'/Appellants' Trial Exhibit 18]

19.     First Amended Joint Plan of Reorganization of Kmart Corporation and its Affiliated Debtors and Debtors-in-Possession. [Taken from Docket No. 10871 (Confirmation Order with attached Plan)] [Claimants'/Appellants' Trial Exhibit 19]

20.     Disclosure Statement With Respect to First Amended Joint Plan of Reorganization of Kmart Corporation and its Affiliated Debtors and Debtors-in-Possession. [Taken from Docket No. 8918 (Order approving Disclosure Statement] [Claimants'/Appellants' Trial Exhibit 20]

21.     Notice of Rejection of Unexpired Nonresidential Real Property Leases (effective January 25, 2002). [Not entered on Docket] [Claimants'/Appellants' Trial Exhibit 21]

22.     Notice of Rejection of Unexpired Nonresidential Real Property Leases (dated June 19, 2002; effective June 25, 2002). [Docket No. 4299] [Claimants'/Appellants' Trial Exhibit 22]

23.     Notice of Rejection of Unexpired Nonresidential Real Property Leases (dated April 17, 2003; effective April 30, 2003). [Docket No. 10736] [Claimants'/Appellants' Trial Exhibit 23]

24.     Claim No. 50110, filed in the Kmart Corporation bankruptcy proceedings on
        May 30, 2003 by Wilmington Trust Company, not individually but as Owner
        Trustee, and HNB Investment Corp., as Owner Participant, with respect to Real
        Estate Finance Trust K-18. [Claimants'/Appellants' Trial Exhibit 24]

25.     Claim No. 50111, filed in the Kmart Corporation bankruptcy proceedings on
        May 30, 2003 by Wilmington Trust Company, not individually but as Owner
        Trustee, and HNB Investment Corp., as Owner Participant, with respect to Real
        Estate Finance Trust K-10. [Claimants'/Appellants' Trial Exhibit 25]

26.     Claim No. 50112, filed in the Kmart Corporation bankruptcy proceedings on
        May 30, 2003 by Wilmington Trust Company, not individually but as Owner
        Trustee, and PMCC, as Owner Participant, with respect to Real Estate Finance
        Trust K-4. [Claimants'/Appellants' Trial Exhibit 26]

27.     Claim No. 50113, filed in the Kmart Corporation bankruptcy proceedings on
        May 30, 2003 by Wilmington Trust Company, not individually but as Owner
        Trustee, and HNB Investment Corp., as Owner Participant, with respect to Real
        Estate Finance Trust K-8. [Claimants'/Appellants' Trial Exhibit 27]

28.     Claim No. 42208, filed in the Kmart Corporation bankruptcy proceedings on
        July 31, 2002 by Wilmington Trust Company, not individually but as Owner
        Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-17.
        [Claimants'/Appellants' Trial Exhibit 28]

29.     Claim No. 42209, filed in the Kmart Corporation bankruptcy proceedings on
        July 31, 2002 by Wilmington Trust Company, not individually but as Owner
        Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-5.
        [Claimants'/Appellants' Trial Exhibit 29]

30.     Claim No. 42289, filed in the Kmart Corporation bankruptcy proceedings on
        July 31, 2002 by Wilmington Trust Company, not individually but as Owner
        Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-20.
        [Claimants'/Appellants' Trial Exhibit 30]

31.     Claim No. 42290, filed in the Kmart Corporation bankruptcy proceedings on
        July 31, 2002 by Wilmington Trust Company, not individually but as Owner
        Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-6.
        [Claimants'/Appellants' Trial Exhibit 31]

32.     Claim No. 42291, filed in the Kmart Corporation bankruptcy proceedings on
        July 31, 2002 by Wilmington Trust Company, not individually but as Owner
        Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-16.
        [Claimants'/Appellants' Trial Exhibit 32]

33.  Claim No. 42292, filed in the Kmart Corporation bankruptcy proceedings on July 31, 2002 by Wilmington Trust Company, not individually but as Owner Trustee (on behalf of PMCC), with respect to Real Estate Finance Trust K-17. [Claimants'/Appellants' Trial Exhibit 33]

34.  Claim No. 50863, filed by PMCC in the Kmart Corporation bankruptcy proceedings on May 30, 2003. [Claimants'/Appellants' Trial Exhibit 34]

35.  Trust Agreement of Real Estate Finance Trust 1995-K-4, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant and Wilmington Trust Company and William J. Wade, Owner Trustees. [Claimants'/Appellants' Trial Exhibit 35]

36.  Trust Agreement of Real Estate Finance Trust 1995-K-5, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 36]

37.  Trust Agreement of Real Estate Finance Trust 1995-K-6, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 37]

38.  Trust Agreement Supplement of Real Estate Finance Trust 1995-K-6, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, Wilmington Trust Company, Owner Trustee, and Chemical Trust Company of California, Co-Trustee. [Claimants'/Appellants' Trial Exhibit 38]

39.  Trust Agreement of Real Estate Finance Trust 1995-K-8, Dated as of April 4, 1995 between HNB Investment Corp., Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 39]

40.  Trust Agreement of Real Estate Finance Trust 1995-K-10, Dated as of April 4, 1995 between HNB Investment Corp., Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 40]

41.  Trust Agreement of Real Estate Finance Trust 1995-K-16, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, and Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 41]

42.  Trust Agreement of Real Estate Finance Trust 1995-K-17, Dated as of April 4, 1995 between Philip Morris Capital Corporation, Owner Participant, and Wilmington Trust Company and William J. Wade, Owner Trustees. [Claimants'/Appellants' Trial Exhibit 42]

QBCHI\515483.3

43.     Trust Agreement of Real Estate Finance Trust 1995-K-18, Dated as of April 4,
        1995 between HNB Investment Corp., Owner Participant, and Wilmington
        Trust Company, Owner Trustee. [Claimants'/Appellants' Trial Exhibit 43]

44.     Trust Agreement of Real Estate Finance Trust 1995-K-19, Dated as of April 4,
        1995 between Philip Morris Capital Corporation, Owner Participant, and
        Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial
        Exhibit 44]

45.     Trust Agreement of Real Estate Finance Trust 1995-K-20, Dated as of April 4,
        1995 between Philip Morris Capital Corporation, Owner Participant, and
        Wilmington Trust Company, Owner Trustee. [Claimants'/Appellants' Trial
        Exhibit 45]

46.     Initial Disclosures of Claimants Philip Morris Capital Corporation and HNB
        Investment Corp. Pursuant to Federal Rule of Bankruptcy Procedure 7026,
        Including Federal Rule of Civil Procedure 26(a)(1). [Claimants'/Appellants'
        Trial Exhibit 46]

47.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-4, and the Bank of New York. [Claimants'/Appellants' Trial Exhibit 48]

48.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-5 and the Bank of New York. [Claimants'/Appellants' Trial Exhibit 49]

49.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-6, Chemical Trust Company of California, Co-Trustee, and the Bank of New
        York. [Claimants'/Appellants' Trial Exhibit 50]

50.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-8, Wilmington Trust Company, the Bank of New York, and William
        Wineman, Mortgage Trustee. [Claimants'/Appellants' Trial Exhibit 51]

51.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-10, Wilmington Trust Company, the Bank of New York and William
        Wineman, Mortgage Trustee. [Claimants'/Appellants' Trial Exhibit 52]

52.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-16, Chemical Trust Company of California, Co-Trustee, the Bank of New
        York and First American Title Insurance Co. as Mortgage Trustee.
        [Claimants'/Appellants' Trial Exhibit 53]

- 6 -

Case: 1:07-cv-01926 Document #: 1 Filed: 04/09/07 Page 45 of 55 PageID #:45

53.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-17, William J. Wade, Owner Trustee, and the Bank of New York.
        [Claimants'/Appellants' Trial Exhibit 54]

54.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-18, Wilmington Trust Company, the Bank of New York and William
        Wineman, Mortgage Trustee. [Claimants'/Appellants' Trial Exhibit 55]

55.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-19 and the Bank of New York. [Claimants'/Appellants' Trial Exhibit 56]

56.     Indenture, Mortgage and Deed of Trust, Assignment of Rents and Security
        Agreement, Dated as of May 4, 1995, Among Real Estate Finance Trust 1995
        K-20, Chemical Trust Company of California, Co-Trustee, the Bank of New
        York and First American Title Insurance Co. as Mortgage Trustee.
        [Claimants'/Appellants' Trial Exhibit 57]

57.     Order with Respect to the Bank of New York, as Trustee Claims Subject to
        Expedited Treatment Pursuant to the Stipulation Resolving Certain Lessor
        Objections to Confirmation and Establishing Agreed Claim Resolution
        Procedures Dated April 22, 2003 and Motion to Determine and Allow Claims
        Under 11 U.S.C. §§ 102(1), 105(a), and 502(b) and Fed. R. Bankr. P. 3007.
        [Docket No. 18141] [Claimants'/Appellants' Trial Exhibit 58]

58.     Amended Order with Respect to the Bank of New York, as Trustee Claims
        Subject to Expedited Treatment Pursuant to the Stipulation Resolving Certain
        Lessor Objections to Confirmation and Establishing Agreed Claim Resolution
        Procedures Dated April 22, 2003 and Motion to Determine and Allow Claims
        Under 11 U.S.C. §§ 102(1), 105(a), and 502(b) and Fed. R. Bankr. P. 3007.
        [Docket No. 18718] [Claimants'/Appellants' Trial Exhibit 59]

59.     Claim Number 41099 filed by Verizon Capital Corp. and its subsidiary NCC
        Key Company.[2]

60.     Claim Number 41100 filed by Verizon Capital Corp. and its subsidiary NCC
        Fox Company.

61.     Claim Number 41101 filed by Verizon Capital Corp. and its subsidiary NCC
        Key Company.

---

[2] Record Items 59 through 92 were submitted as Appellants' Trial Exhibits 60-93, but were denied admission
pursuant to the Court's Order entered at Docket No. 29352, which Order is referenced in Appellants' Notice of
Appeal.

QBCHI\515483.3

62. Claim Number 41102 filed by Verizon Capital Corp. and its subsidiary NCC Key Company.

63. Claim Number 41103 filed by Verizon Capital Corp. and its subsidiary NCC Neptune Company.

64. Claim Number 41104 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

65. Claim Number 41105 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

66. Claim Number 41106 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

67. Claim Number 43286 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

68. Claim Number 43287 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

69. Claim Number 43288 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

70. Claim Number 43289 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

71. Claim Number 43290 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

72. Claim Number 43291 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

73. Claim Number 43292 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

74. Claim Number 43293 filed by William J. Wade, not in his individual capacity but as Owner Trustee.

75. Claim Number 48882 filed by U.S. Bank, N.A.

76. Claim Number 50100 filed by Verizon Capital Corp. and its subsidiary NCC Neptune Company.

77. Claim Number 50101 filed by Verizon Capital Corp. and its subsidiary NCC Neptune Company.

78. Claim Number 50102 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

- 8 -

79.     Claim Number 50103 filed by Verizon Capital Corp. and its subsidiary NCC Key Company.

80.     Claim Number 54697 filed by Verizon Capital Corp. and its subsidiary NCC Key Company.

81.     Claim Number 54698 filed by Verizon Capital Corp. and its subsidiary NCC Horizon Company.

82.     Claim Number 54699 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

83.     Claim Number 54700 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

84.     Claim Number 54701 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

85.     Claim Number 54702 filed by Verizon Capital Corp. and its subsidiary NCC Key Company.

86.     Claim Number 54703 filed by Verizon Capital Corp. and its subsidiary NCC Key Company.

87.     Claim Number 54704 filed by Verizon Capital Corp. and its subsidiary NCC Key Company.

88.     Claim Number 56317 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

89.     Claim Number 56318 filed by Verizon Capital Corp. and its subsidiary NCC Fox Company.

90.     All Tax Indemnification Agreements between Kmart Corporation and Verizon Capital Corporation and/or any of its subsidiaries, including NCC Key Company, NCC Fox Company and NCC Neptune Company.

91.     All Participation Agreements between Kmart Corporation and Verizon Capital Corporation and/or any of its subsidiaries, including NCC Key Company, NCC Fox Company and NCC Neptune Company.

92.     Consent Order Resolving Certain Administrative, Lease Rejection and Tax Indemnification Claims for Kmart Store Numbers 3584, 4843, 4890, 4891, 4930, 4943, 4947, 4949, 4950, 4954, 4958, 7668 and 7697.  [Docket No. 27042]

QBCHI\515483.3

93.       Deed in Lieu of Foreclosure Agreement dated March 15, 2004 between Real
          Estate Finance Trust 1995-K-4, a Delaware statutory trust, as Owner Trust,
          Philip Morris Capital Corporation, as Owner Participant, and The Bank of New
          York, not in its individual capacity but solely as Corporate Indenture Trustee
          (the "K-4 Mortgagee"); the promissory note and other instrument(s) and/or
          agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and
          evidencing the underlying indebtedness of the Owner Trust to the K-4
          Mortgagee; the Limited Warranty Deed dated March 15, 2004 by the Owner
          Trust to Property Acquisition Trust 1995-K-4, as nominee of the K-4
          Mortgagee; and attendant documentation relating to the foregoing.
          [Claimants'/Appellants' Trial Exhibit 94]

94.       Deed in Lieu of Foreclosure Agreement dated July 15, 2003 between Real
          Estate Finance Trust 1995-K-5, a Delaware statutory trust, as Owner Trust,
          Philip Morris Capital Corporation, as Owner Participant, and The Bank of New
          York, not in its individual capacity but solely as Corporate Indenture Trustee
          (the "K-5 Mortgagee"); the promissory note and other instrument(s) and/or
          agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and
          evidencing the underlying indebtedness of the Owner Trust to the K-5
          Mortgagee; the Bargain and Sale Deed With Covenant Against Grantor's Acts
          dated July 21, 2003 by the Owner Trust to Property Acquisition Trust 1995-K-
          5, as nominee of the K-5 Mortgagee; and attendant documentation relating to
          the foregoing. [Claimants'/Appellants' Trial Exhibit 95]

95.       Deed in Lieu of Foreclosure Agreement dated May 7, 2003 between Real Estate
          Finance Trust 1995-K-6, a Delaware statutory trust, as Owner Trust, Philip
          Morris Capital Corporation, as Owner Participant, and The Bank of New York,
          not in its individual capacity but solely as Corporate Indenture Trustee (the "K-
          6 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s)
          identified in said Deed in Lieu of Foreclosure Agreement and evidencing the
          underlying indebtedness of the Owner Trust to the K-6 Mortgagee; the Grant
          Deed and Assignment dated May 9, 2003 (as amended by corrective Grant Deed
          and Assignment dated May 17, 2004) by the Owner Trust to Property
          Acquisition Trust 1993-K-6, as nominee of the K-6 Mortgagee; and attendant
          documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit
          96]

96.       Deed in Lieu of Foreclosure Agreement dated as of October 16, 2003 between
          Real Estate Finance Trust 1995-K-8, a Delaware statutory trust, as Owner Trust
          (the "K-8 Owner Trust"), HNB Investment Corp., as Owner Participant, and
          The Bank of New York, not in its individual capacity but solely as Corporate
          Indenture Trustee (the "K-8 Mortgagee"); the promissory note and other
          instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure
          Agreement and evidencing the underlying indebtedness of the Owner Trust to
          the K-8 Mortgagee; the Bargain And Sale Deed With Covenant Against
          Grantor's Acts dated October 16, 2003 by the K-8 Owner Trust to Property
          Acquisition Trust 1995-K-8, as nominee of the K-8 Mortgagee; and attendant

documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 97]

97.     Deed in Lieu of Foreclosure Agreement dated October 21, 2003 between Real Estate Finance Trust 1995-K-10, a Delaware statutory trust, as Owner Trust (the "K-10 Owner Trust"), HNB Investment Corp., as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-10 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-10 Mortgagee; the Bargain And Sale Deed With Covenant Against Grantor's Acts dated October 22, 2003 by the K-10 Owner Trust to Property Acquisition Trust 1995-K-18, as nominee of the K-10 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 98]

98.     Deed in Lieu of Foreclosure Agreement dated May 7, 2003 between Real Estate Finance Trust 1995-K-16, a Delaware statutory trust, as Owner Trust, Philip Morris Capital Corporation, as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-16 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-16 Mortgagee; the Grant Deed and Assignment dated May 9, 2003 by the Owner Trust to Property Acquisition Trust 1995-K-16, as nominee of the K-16 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 99]

99.     Deed in Lieu of Foreclosure Agreement dated July 10, 2003 between Real Estate Finance Trust 1995-K-17, a Delaware statutory trust, as Owner Trust, Philip Morris Capital Corporation, as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-17 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-17 Mortgagee; the Limited Warranty Deed and Assignment dated July 16, 2003 by the Owner Trust to Wachovia Bank, National Association, as nominee of the K-17 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 100]

100.    Deed in Lieu of Foreclosure Agreement dated October 22, 2003 between Real Estate Finance Trust 1995-K-18, a Delaware statutory trust, as Owner Trust (the "K-18 Owner Trust"), HNB Investment Corp,. as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-18 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to

QBCHI\515483.3

the K-18 Mortgagee; the Bargain And Sale Deed With Covenant Against Grantor's Acts dated October 22, 2003 by the K-18 Owner Trust to Property Acquisition Trust 1995-K-18, as nominee of the K-18 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 101]

101.    Deed in Lieu of Foreclosure Agreement dated July 30, 2003 between Real Estate Finance Trust 1995-K-19, a Delaware statutory trust, as Owner Trust, Philip Morris Capital Corporation, as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-19 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-19 Mortgagee; the Limited Warranty Deed dated August 4, 2003 by the Owner Trust to Property Acquisition Trust 1995-K-19, as nominee of the K-19 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 102]

102.    Deed in Lieu of Foreclosure Agreement dated May 7, 2003 between Real Estate Finance Trust 1995-K-20, a Delaware statutory trust, as Owner Trust, Philip Morris Capital Corporation, as Owner Participant, and The Bank of New York, not in its individual capacity but solely as Corporate Indenture Trustee (the "K-20 Mortgagee"); the promissory note and other instrument(s) and/or agreement(s) identified in said Deed in Lieu of Foreclosure Agreement and evidencing the underlying indebtedness of the Owner Trust to the K-20 Mortgagee; the Grant Deed and Assignment dated May 9, 2003 by the Owner Trust to Property Acquisition Trust 1995-K-20, as nominee of the K-20 Mortgagee; and attendant documentation relating to the foregoing. [Claimants'/Appellants' Trial Exhibit 103]

103.    Stipulation and Order Concerning Reorganized Debtors' Motion to Temporarily Stay Discovery to Set an Expedited Briefing and Hearing Schedule to Resolve a Threshold Legal Issue Relating to Certain Contested Proofs of Claim (Philip Morris Capital Corporation) and Request for Off-Omnibus Hearing. [Docket No. 28954] [Claimants'/Appellants' Trial Exhibit 104]

104.    Kmart Corporation's Response to Philip Morris Capital Corporation's and HNB Investment Corp.'s First Set of Interrogatories, First Requests for Admission and First Requests for Production of Documents. [Claimants'/Appellants' Trial Exhibit 107]

105.    Kmart Corporation's Response to Philip Morris Capital Corporation's and HNB Investment [Corp.'s] Second Set of Interrogatories, Second Requests for Admission and Second Requests for Production of Documents [Claimants'/Appellants' Trial Exhibit 108]

106.    Redacted Year 2003 Form 1120 Pro Forma Federal Corporate Income Tax
        Return of HNB Investment Corp. [Claimants'/Appellants' Trial Exhibit 109]

107.    Redacted Year 2003 Form 1120 Pro Forma Federal Corporate Income Tax
        Return of Philip Morris Capital Corporation. [Claimants'/Appellants' Trial
        Exhibit 110]

108.    Redacted Year 2004 Form 1120 Pro Forma Federal Corporate Income Tax
        Return of Philip Morris Capital Corporation. [Claimants'/Appellants' Trial
        Exhibit 111]

109.    "Kmart Debt Forgiveness Analysis" Worksheets, including supporting pricing
        files and related documents. [Claimants'/Appellants' Trial Exhibit 112]

110.    Excel worksheet file detailing tax accounting bases in real properties, and the
        work papers relating thereto. [Claimants'/Appellants' Trial Exhibit 113]

111.    Internal Lease-Tracking Schedules maintained with respect to each of the
        subject Properties. [Claimants'/Appellants' Trial Exhibit 116]

112.    Warren & Selbert's ABC Pricing Files for the Structured Finance Transaction
        between Kmart Corporation, the various Delaware Business Trusts, as Owner
        Trusts, and Philip Morris Capital Corporation and HNB Investment Corp., as
        Owner Participants. [Claimants'/Appellants' Trial Exhibit 117]

113.    First Subset of Record Item 112/Claimants'/Appellants' Trial Exhibit 117
        [Separately admitted as Claimants'/Appellants' Trial Exhibit 117-D]

114.    First Subset of Record Item 112/Claimants'/Appellants' Trial Exhibit 117
        [Separately admitted as Claimants'/Appellants' Trial Exhibit 117-E].

115.    Class 5 Confirmation Ballot issued to Philip Morris Capital Corporation.
        [Claimants'/Appellants' Trial Exhibit 118]

116.    April 28, 2005 letter from Thomas J. Magill to Andrew Goldman.
        [Claimants'/Appellants' Trial Exhibit 119]

117.    Interoffice Memorandum of William Szumanski dated October 15, 2004.
        [Claimants'/Appellants' Trial Exhibit 120]

118.    Invoice documentation (in redacted form) regarding legal fees incurred by the
        Owner Participants. [Claimants'/Appellants' Trial Exhibit 124]

119.    Invoice documentation regarding inspection fees incurred by the Owner
        Participants in connection with the Properties. [Claimants'/Appellants' Trial
        Exhibit 125]

- 13 -

120.    Invoice documentation regarding trustee's fees assessed by Wilmington Trust Company and incurred by the Owner Participants in connection with the Properties. [Claimants'/Appellants' Trial Exhibit 126]

121.    Invoice documentation regarding security expenses incurred by the Owner Participants with respect to the Mission Viejo, California, Property. [Claimants'/Appellants' Trial Exhibit 128]

122.    Invoice documentation regarding utility and maintenance expenses incurred by the Owner Participants with respect to the Mission Viejo, California, Property. [Claimants'/Appellants' Trial Exhibit 129]

123.    Summary of Expenses from Like Kind Exchange ["LKE"] Transaction. [Claimants'/Appellants' Trial Exhibit 130]

124.    LKE Depreciation Analysis (full term). [Claimants'/Appellants' Trial Exhibit 131]

125.    LKE Depreciation Analysis (2008 Sale). [Claimants'/Appellants' Trial Exhibit 132]

126.    Heidelberg Depreciation with 8 LKE Stores (ABC Report). [Claimants'/Appellants' Trial Exhibit 133]

127.    Heidelberg Depreciation with 2 LKE Stores (ABC Report) [Claimants'/Appellants' Trial Exhibit 134]

128.    Schedule entitled "PMCC-Kmart Analysis/10 DIL Stores/as of October 24, 2005". [Claimants'/Appellants' Trial Exhibit 135]

129.    Invoice to Philip Morris Capital Corporation from Davis Polk & Wardwell, dated May 7, 2002. [Claimants'/Appellants' Trial Exhibit 136]

130.    Annual Statement of Cash Flow (ABC Report), with handwritten notes. [Claimants'/Appellants' Trial Exhibit 137]

131.    Admitted Trial Exhibits 7, 8, 10, 11 and 12 of Kmart Corporation. [Kmart Corporation's remaining trial exhibits either were withdrawn or were duplicative of other items designated herein.]

132.    Initial Trial Brief of Claimants Philip Morris Capital Corporation and HNB Investment Corporation in Support of Their Claims Asserted Against Kmart Corporation, et al., with Exhibits A through O thereto. [Docket Nos. 29151 (Brief) and 29152 (Exhibits A-O)]

133.    Reorganized Debtors' Trial Brief in Support of Its [sic] Objections to Certain Contested Claims of Philip Morris Capital Corporation and HNB Investment Corporation, with Exhibits A-O thereto. [Docket No. 29149]

- 14 -

134.  Reply Trial Brief of Claimants Philip Morris Capital Corporation and HNB Investment Corp. in Support of Their Claims Asserted Against Kmart Corporation, *et al.*, with Exhibit A thereto. [Docket No. 29201]

135.  Reorganized Debtors' Reply Trial Brief in Response to Initial Trial Brief of Philip Morris Capital Corporation and HNB Investment Corporation. [Docket No. 29199]

136.  Reorganized Debtors' Motion *in Limine* to Exclude Evidence Relating to Kmart's Settlement with Verizon, with Exhibits A and B thereto. [Docket No. 29221]

137.  Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Motion *in Limine* to Exclude Evidence. [Docket No. 29224]

138.  Joint Pretrial Statement of Claimants Philip Morris Capital Corporation and HNB Investment Corp. and of Debtor Kmart Corporation Regarding Claims Asserted Against Debtor by Claimants, with Exhibit A thereto. [Docket Nos. 29248 (Joint Pretrial Statement) and 29250 (Substituted Exhibit A)]

139.  Transcript of Proceedings of November 8, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

140.  Transcript of Proceedings of November 9, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

141.  Transcript of Proceedings of November 10, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

142.  Transcript of Proceedings of November 30, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

143.  Transcript of Proceedings of December 1, 2005, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

144.  Transcript of Proceedings of February 8, 2006, in the United States Bankruptcy Court for the Northern District of Illinois before the Honorable Susan Pierson Sonderby.

145.  Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Motion for Judgment Pursuant to Fed. R. Bankr. P. 7052 and Fed R. Civ. P. 52(c). [Docket No. 29522]

QBCHT\515483.3

146.     Reorganized Debtors' Response to Claimants Philip Morris Capital Corp.'s and
         HNB Investment Corp.'s Motion for Judgment. [Docket No. 29540]

147.     Claimants Philip Morris Capital Corporation and HNB Investment Corp.'s Rule
         52(c) Response to Kmart's Motion for Judgment. [Docket No. 29523]  [**NOTE**:
         Kmart's Motion for Judgment was made orally in Court and therefore does not
         appear on the Docket.]

148.     Memorandum in Support of Proposed Findings of Fact and Conclusions of Law
         Submitted by Claimants Philip Morris Capital Corporation and HNB Investment
         Corp., with Exhibits A (Proposed Findings of Fact and Conclusions of Law) and
         B (Revenue Ruling 2004-86) thereto. [Docket No. 29525]

149.     Reorganized Debtors' Memorandum in Support of Their Proposed Findings of
         Fact and Conclusions of Law, with Attachments A (Proposed Findings of Fact),
         B (Proposed Conclusions of Law) and C (November 18, 2005, transcript of
         proceedings in *In re UAL Corp.*, Case No. 02 B 48191, United States
         Bankruptcy Court for the Northern District of Illinois). [Docket No. 29520]

150.     Order Allowing Claim No. 50863 and Disallowing Claim Nos. 50110, 50111,
         50112 and 50113 (the "Claims Order"). [Docket No. 30689]

151.     Findings of Fact and Conclusions of Law referenced in the Claims Order.
         [Docket No. 30688]

152.     Order, to the extent it denied Claimants Philip Morris Capital Corporation and
         HNB Investment Corp.'s Motion *in Limine* to Exclude Evidence. [Docket No.
         30687]

153.     Order denying Claimants Philip Morris Capital Corporation and HNB
         Investment Corp.'s Motion for Judgment Pursuant to Fed. R. Bankr. P. 7052 and
         Fed. R. Civ. P. 52(c). [Docket No. 30685]

154.     Order granting the Reorganized Debtors' Motion *In Limine* to Exclude Evidence
         Relating to Kmart's Settlement with Verizon. [Docket No. 29352]

QBCHI\515483.3

155.     Notice of Appeal of Appellants and Claimants Philip Morris Capital
         Corporation and HNB Investment Corp., with Exhibits A though E (which are
         duplicates of Record Items 150 through 154, above).  [Docket No. 30701]


Dated: March 8, 2007

                              PHILIP MORRIS CAPITAL CORPORATION and
                              HNB INVESTMENT CORP., Appellants


                         By:___/s/ Christopher Combest_____
                              One of its Attorneys

Thomas J. Magill (IL ARDC No. 01731009)
Leonard S. Shifflett  (IL ARDC No. 02587432)
Christopher Combest (IL ARDC No. 06224701)
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
Phone:  (312) 715-5000