**BRIEF OF APPELLANTS**

**APPENDIX, ITEM 2**

**Appellants' Trial Exhibit 137**
**(Item 130 of Appellants' Designation of Record on Appeal)**

ABC File: book/kmart_port_10dll_kjn.abc  27-Jul-2005 12:51:39  Page 3.1

Annual Statement of Cash Flow

| Year Ending | Purchase Loan Draw & Residual | | Fees | Other Revenue & Expense | Rent | Interest on Loan | Principal Repayment | Debt Service | Pre-Tax Cash Flow | Cash Taxes | After-Tax Cash Flow | Cumulative After-Tax Cash Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec-95 | (115,533,626.00) | P | (883,485.00) | 10,022.00 | 0.00 | (1,611,375.00) | 0.00 | (1,611,375.00) | (17,109,934.00) | 3,520,546.00 | (13,589,388.00) | (13,589,388.00) |
| Dec-95 | 100,908,530.00 | L | | | | | | | | | | |
| Dec-96 | 0.00 | | 0.00 | 0.00 | 4,754,878.00 | (9,509,756.00) | 0.00 | (9,509,756.00) | (4,754,878.00) | 3,834,257.00 | (920,621.00) | (14,510,009.00) |
| Dec-97 | 0.00 | | 0.00 | 0.00 | 10,448,422.00 | (9,509,756.00) | 0.00 | (9,509,756.00) | 938,666.00 | 1,540,782.00 | 2,479,449.00 | (12,030,560.00) |
| Dec-98 | 0.00 | | 0.00 | 0.00 | 11,531,306.00 | (9,509,756.00) | 0.00 | (9,509,756.00) | 2,021,551.00 | 970,438.00 | 2,991,988.00 | (9,038,572.00) |
| Dec-99 | 0.00 | | 0.00 | 0.00 | 12,281,898.00 | (9,509,756.00) | 0.00 | (9,509,756.00) | 2,772,143.00 | 656,760.00 | 3,428,903.00 | (5,609,669.00) |
| Dec-00 | 0.00 | | 0.00 | 0.00 | 18,145,353.00 | (9,509,756.00) | 0.00 | (9,509,756.00) | 8,635,597.00 | (1,565,787.00) | 7,069,810.00 | 1,460,141.00 |
| Dec-01 | 0.00 | | 0.00 | 0.00 | 12,458,696.00 | (9,509,756.00) | 0.00 | (9,509,756.00) | 2,948,940.00 | 333,795.00 | 3,282,736.00 | 4,742,877.00 |
| Dec-02 | 0.00 | | 0.00 | 0.00 | 11,838,546.00 | (9,456,558.00) | (1,183,490.00) | (10,640,048.00) | 1,198,499.00 | 522,216.00 | 1,720,715.00 | 6,463,592.00 |
| Dec-03 | 0.00 | | 0.00 | 0.00 | 12,701,092.00 | (9,290,380.00) | (2,513,469.00) | (11,803,849.00) | 897,243.00 | 136,239.00 | 1,033,483.00 | 7,497,075.00 |
| Dec-04 | 0.00 | | 0.00 | 0.00 | 13,359,699.00 | (8,980,634.00) | (4,377,421.00) | (13,358,055.00) | 1,644.00 | (238,221.00) | (236,577.00) | 7,260,498.00 |
| Dec-05 | 0.00 | | 0.00 | 0.00 | 14,925,009.00 | (8,494,837.00) | (6,430,071.00) | (14,924,908.00) | 101.00 | (1,000,511.00) | (1,000,411.00) | 6,260,087.00 |
| Dec-06 | 0.00 | | 0.00 | 0.00 | 13,014,205.00 | (7,979,500.00) | (5,034,601.00) | (13,014,101.00) | 103.00 | (484,760.00) | (484,657.00) | 5,775,430.00 |
| Dec-07 | 0.00 | | 0.00 | 0.00 | 12,993,860.00 | (7,506,545.00) | (5,487,213.00) | (12,993,758.00) | 102.00 | (651,278.00) | (651,176.00) | 5,124,254.00 |
| Dec-08 | 0.00 | | 0.00 | 0.00 | 12,866,394.00 | (6,996,026.00) | (5,870,272.00) | (12,866,298.00) | 96.00 | (793,912.00) | (793,815.00) | 4,330,439.00 |
| Dec-09 | 0.00 | | 0.00 | 0.00 | 11,359,298.00 | (6,514,382.00) | (4,844,820.00) | (11,359,202.00) | 96.00 | (413,741.00) | (413,645.00) | 3,916,794.00 |
| Dec-10 | 0.00 | | 0.00 | 0.00 | 15,807,935.00 | (6,092,627.00) | (9,714,153.00) | (15,806,780.00) | 1,156.00 | (2,393,815.00) | (2,392,659.00) | 1,524,135.00 |
| Dec-11 | 0.00 | | 0.00 | 0.00 | 6,188,909.00 | (5,423,305.00) | 0.00 | (5,423,305.00) | 765,603.00 | 760,373.00 | 1,525,977.00 | 3,050,112.00 |
| Dec-12 | 0.00 | | 0.00 | 0.00 | 10,070,617.00 | (5,423,305.00) | 0.00 | (5,423,305.00) | 4,647,312.00 | (610,686.00) | 4,036,626.00 | 7,086,738.00 |
| Dec-13 | 0.00 | | 0.00 | 0.00 | 10,604,467.00 | (5,193,575.00) | (4,697,962.00) | (9,891,537.00) | 712,930.00 | (965,875.00) | (252,944.00) | 6,833,794.00 |
| Dec-14 | 0.00 | | 0.00 | 0.00 | 10,547,190.00 | (4,676,837.00) | (5,869,272.00) | (10,546,109.00) | 1,080.00 | (1,150,110.00) | (1,149,030.00) | 5,684,764.00 |
| Dec-15 | 0.00 | | 0.00 | 0.00 | 11,581,301.00 | (4,074,753.00) | (7,505,467.00) | (11,580,220.00) | 1,081.00 | (1,760,105.00) | (1,759,024.00) | 3,925,740.00 |
| Dec-16 | 0.00 | | 0.00 | 0.00 | 12,112,276.00 | (3,359,305.00) | (8,751,893.00) | (12,111,198.00) | 1,079.00 | (2,226,109.00) | (2,225,030.00) | 1,700,710.00 |
| Dec-17 | 0.00 | | 0.00 | 0.00 | 11,156,807.00 | (2,544,940.00) | (8,610,788.00) | (11,155,728.00) | 1,079.00 | (2,174,854.00) | (2,173,775.00) | (473,065.00) |
| Dec-18 | 0.00 | | 0.00 | 0.00 | 11,899,071.00 | (1,697,990.00) | (10,200,003.00) | (11,897,993.00) | 1,077.00 | (2,766,684.00) | (2,765,607.00) | (3,238,672.00) |
| Dec-19 | 0.00 | | 0.00 | 0.00 | 12,289,602.00 | (728,112.00) | (9,817,635.00) | (10,545,747.00) | 1,743,855.00 | (3,245,476.00) | (1,501,621.00) | (4,740,293.00) |
| Dec-20 | 20,218,385.00 | R | 0.00 | 0.00 | 1,935,328.00 | 0.00 | 0.00 | 0.00 | 22,153,713.00 | 333,308.00 | 22,487,021.00 | 17,746,728.00 |
| Mar-21 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 963.00 | 963.00 | 17,747,691.00 |
| Totals | 5,593,289.00 | | (883,485.00) | 10,022.00 | 286,872,159.00 | (163,103,520.00) | (100,908,530.00) | (264,012,050.00) | 27,579,935.00 | (9,832,246.00) | 17,747,688.00 | |

Key to Symbols: P = Purchase, L = Loan Draw, R = Residual

*Handwritten annotations:* −19,645,254 ; 30,929,350

Claimant's Exhibit No. 137